| | |
|---|---|
| DOUGLAS S. CHIN (Bar No. 6465)<br>  Attorney General of the State of Hawai'i<br>CLYDE J. WADSWORTH (Bar No. 8495)<br>  Solicitor General of the State of Hawai'i<br>DEIRDRE MARIE-IHA (Bar No. 7923)<br>DEPARTMENT OF THE ATTORNEY<br>  GENERAL, STATE OF HAWAI'I<br>425 Queen Street<br>Honolulu, HI 96813<br>Telephone: (808) 586-1500<br>Fax: (808) 586-1239<br>Email: deirdre.marie-iha@hawaii.gov | NEAL K. KATYAL*<br>HOGAN LOVELLS US LLP<br>555 Thirteenth Street NW<br>Washington, DC 20004<br>Telephone: (202) 637-5600<br>Fax: (202) 637-5910<br>Email:<br>neal.katyal@hoganlovells.com<br><br>*Pro Hac Vice Application<br>Forthcoming* |

*Attorneys for Plaintiff, State of Hawai'i*
(See Next Page For Additional Counsel)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STATE OF HAWAI'I,<br><br>    Plaintiff,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; JOHN F. KELLY, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF STATE; REX TILLERSON, in his official capacity as Acting Secretary of State; and the UNITED STATES OF AMERICA,<br><br>    Defendants. | Civil Action No. |

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

# ADDITIONAL COUNSEL

KIMBERLY T. GUIDRY (Bar No. 7813)
DONNA H. KALAMA (Bar No. 6051)
ROBERT T. NAKATSUJI (Bar No. 6743)
  Deputy Attorneys General
DEPARTMENT OF THE ATTORNEY
  GENERAL, STATE OF HAWAIʻI
425 Queen Street
Honolulu, HI 96813
Telephone: (808) 586-1500
Fax: (808) 586-1239

COLLEEN ROH SINZDAK*
MITCHELL P. REICH*
ELIZABETH HAGERTY*
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, DC 20004
Telephone: (202) 637-5600
Fax: (202) 637-5910

THOMAS P. SCHMIDT*
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Fax: (212) 918-3100

SARA SOLOW*
ALEXANDER B. BOWERMAN*
HOGAN LOVELLS US LLP
1835 Market St., 29th Floor
Philadelphia, PA 19103
Telephone: (267) 675-4600
Fax: (267) 675-4601

*Pro Hac Vice Applications
Forthcoming

*Attorneys for Plaintiff, State of Hawaiʻi*

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

Pursuant to Rules 7 and 65 of the Federal Rules of Civil Procedure and Local Rule 7.2 for the U.S. District Court for the District of Hawaii, Plaintiff State of Hawaiʻi, by and through its counsel, hereby moves this Honorable Court for a temporary restraining order prohibiting Defendants from enforcing and implementing key portions of the January 27, 2017 Executive Order issued by Defendant Donald J. Trump (the "Executive Order"), which imposes a nationwide ban on immigrants and travelers from seven Muslim-majority countries. Specifically, Sections 3(c), 5(a)-(c), and 5(e) reflect blatant state-sanctioned preference for Christian refugees and disfavor toward Muslims, in violation of the First and Fifth Amendments to the United States Constitution. They also fail to provide appropriate protections for those detained pursuant to the Executive Order and thereby violating the Fourteenth Amendment.

The foregoing harassing and discriminatory provisions of the Executive Order have no place in the State of Hawaiʻi, where Defendants' actions have caused, and continue to cause, irreparable injury to Plaintiff. As an immediate remedy, and to maintain the status quo while more permanent solutions may be considered, Plaintiff asks that the Court enter a temporary restraining order enjoining Defendants from enforcing or implementing Sections 3(c), 5(a)-(c), and

5(e) of the Executive Order nationwide. Plaintiff further requests that the Court set an expedited hearing to determine whether such order should remain in place.

This motion is supported by the attached Memorandum in Support of Plaintiff's Motion for Temporary Restraining Order, accompanying declarations, and the records and files in this action, as well as any additional submissions and oral argument that may be considered by the Court.

DATED: Honolulu, Hawaiʻi, February 3, 2017.

Respectfully submitted,

*/s/ Douglas S. Chin*

| | |
|---|---|
| NEAL K. KATYAL* | DOUGLAS S. CHIN (Bar No. 6465) |
| COLLEEN ROH SINZDAK* |   Attorney General of the State of Hawaiʻi |
| MITCHELL P. REICH* | CLYDE J. WADSWORTH (Bar No. 8495) |
| ELIZABETH HAGERTY* |   Solicitor General of the State of Hawaiʻi |
| THOMAS P. SCHMIDT* | |
| SARA SOLOW* | DEIRDRE MARIE-IHA (Bar No. 7923) |
| ALEXANDER B. BOWERMAN* | KIMBERLY T. GUIDRY (Bar No. 7813) |
| HOGAN LOVELLS US LLP | DONNA H. KALAMA (Bar No. 6051) |
| | ROBERT T. NAKATSUJI (Bar No. 6743) |
| *Pro Hac Vice Applications Forthcoming* |   Deputy Attorneys General |
| | DEPARTMENT OF THE ATTORNEY GENERAL, STATE OF HAWAIʻI |

*Attorneys for Plaintiff, State of Hawaiʻi*