CHAD A. READLER
Acting Assistant Attorney General
FLORENCE T. NAKAKUNI (No. 2286)
United States Attorney
EDRIC CHING (No. 6697)
Assistant United States Attorney

JOSEPH H. HUNT
Director
JOHN R. TYLER
Assistant Branch Director
MICHELLE R. BENNETT (Co. Bar. No. 37050)
DANIEL SCHWEI (N.Y. Bar)
ARJUN GARG (D.C. Bar No. 975335)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave NW
Washington DC 20530
Tel: (202) 305-8693
Fax: (202) 616-8470
E-mail: daniel.s.schwei@usdoj.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAI'I, | ) No. 1:17-cv-00050-DKW-KJM |
| | ) |
| Plaintiff, | ) **DEFENDANTS' EMERGENCY** |
| | ) **MOTION TO STAY ALL** |
| | ) **DEADLINES PENDING** |
| v. | ) **RESOLUTION OF APPELLATE** |
| | ) **PROCEEDINGS REGARDING** |
| | ) **NATIONWIDE INJUNCTION** |
| DONALD J. TRUMP, in his official | ) |
| capacity as President of the United | ) |
| States; U.S. DEPARTMENT OF | ) Judge: Hon. Derrick K. Watson |
| HOMELAND SECURITY; JOHN F. | ) |
| KELLY, in his official capacity as | ) |
| Secretary of Homeland Security; U.S. | ) |
| DEPARTMENT OF STATE; REX | ) |

TILLERSON, in his official capacity as)
Secretary of State; and the UNITED      )
STATES OF AMERICA,                      )
                                        )
            Defendants.                 )
                                        )

## DEFENDANTS' EMERGENCY MOTION TO STAY ALL DEADLINES PENDING RESOLUTION OF APPELLATE PROCEEDINGS REGARDING NATIONWIDE INJUNCTION

Pursuant to the Court's authority to control its docket, Defendants—Donald J. Trump, in his official capacity as President of the United States; the U.S. Department of Homeland Security; John F. Kelly, in his official capacity as Secretary of Homeland Security; the U.S. Department of State; Rex Tillerson, in his official capacity as Secretary of State; and the United States of America— hereby move, on an emergency basis, to stay all deadlines in this case pending resolution of the appeal of the Western District of Washington's nationwide injunction entered in *Washington v. Trump*, Case No. 2:17-cv-141-JLR (W.D. Wash.); *see id.* ECF No. 52 (injunction), ECF No. 53 (notice of appeal).

In the alternative, the Government respectfully requests that this Court stay all deadlines pending resolution of the appeal, but provide that if the Western District of Washington's nationwide injunction is no longer in effect then the Government must respond to the State of Hawaii's motion for a temporary restraining order within 48 hours.

A supporting memorandum of law and proposed order are attached hereto.

Dated: February 6, 2017        Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

FLORENCE T. NAKAKUNI
United States Attorney

EDRIC CHING
Assistant United States Attorney

JOSEPH H. HUNT
Director

JOHN R. TYLER
Assistant Branch Director

/s/ Michelle R. Bennett
MICHELLE R. BENNETT (Co. Bar No. 37050)
DANIEL SCHWEI (N.Y. Bar)
ARJUN GARG (D.C. Bar No. 975335)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave NW
Washington DC 20530
Tel: (202) 305-8693
Fax: (202) 616-8470
E-mail: daniel.s.schwei@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | | |
|---|---|---|
| Clyde J. Wadsworth | clyde.j.wadsworth@hawaii.gov | February 6, 2017 |
| Deirdre Marie-Iha | deirdre.marie-iha@hawaii.gov | February 6, 2017 |
| Donna H. Kalama | Donna.H.Kalama@hawaii.gov | February 6, 2017 |
| Douglas S.G. Chin | hawaiig@hawaii.gov | February 6, 2017 |
| Kimberly T. Guidry | Kimberly.t.guidry@hawaii.gov | February 6, 2017 |
| Neal Katyal | neal.katyal@hoganlovells.com | February 6, 2017 |
| Robert T. Nakatsuji | robert.t.nakatsuji@hawaii.gov | February 6, 2017 |

Date: February 6, 2017

/s/ Daniel Schwei
DANIEL SCHWEI
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs
Branch
20 Massachusetts Ave NW
Washington DC 20530
Tel: (202) 305-8693
Fax: (202) 616-8470
E-mail: daniel.s.schwei@usdoj.gov

Attorney for Defendants