# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| STATE OF HAWAIʻI, et al. <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; JOHN F. KELLY, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF STATE;  REX TILLERSON, in his official capacity as Secretary of State; and the UNITED STATES OF AMERICA, <br><br> Defendants. | Civil No.  17-00050-DKW-KJM |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of Plaintiffs' First Amended Complaint was served on the following at their last known addresses:

**Served Electronically through CM/ECF on February 13, 2017:**

Florence T. Nakakuni, Esq.         florence.nakakuni@usdoj.gov

Edric Ming-Kai Ching                    edric.ching@usdoj.gov

| | |
|---|---|
| Michelle R. Bennett, Esq. | michelle.bennett@usdoj.gov |
| Brad P. Rosenberg, Esq. | brad.rosenberg@usdoj.gov |
| Daniel Schwei, Esq. | daniel.s.schwei@usdoj.gov |

DATED: Honolulu, Hawai'i, February 13, 2017.

                                              */s/ Neal K. Katyal*

NEAL K. KATYAL**                              DOUGLAS S. CHIN (Bar No. 6465)
COLLEEN ROH SINZDAK*                            Attorney General of the State of Hawai'i
MITCHELL P. REICH*                            CLYDE J. WADSWORTH (Bar No. 8495)
ELIZABETH HAGERTY**                             Solicitor General of the State of Hawai'i
THOMAS P. SCHMIDT*
SARA SOLOW*                                   DEIRDRE MARIE-IHA (Bar No. 7923)
ALEXANDER B. BOWERMAN*                        KIMBERLY T. GUIDRY (Bar No. 7813)
HOGAN LOVELLS US LLP                          DONNA H. KALAMA (Bar No. 6051)
                                              ROBERT T. NAKATSUJI (Bar No. 6743)
*Pro Hac Vice Applications                      Deputy Attorneys General
  Forthcoming
**Admitted Pro Hac Vice                       DEPARTMENT OF THE ATTORNEY
                                                GENERAL, STATE OF HAWAI'I

*Attorneys for Plaintiffs State of*           *Attorneys for Plaintiff State of Hawai'i*
*Hawai'i and Ismail Elshikh*