IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STATE OF HAWAI'I and ISMAIL ELSHIKH,<br><br>          Plaintiffs,<br><br>     v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; JOHN F. KELLY, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF STATE;  REX TILLERSON, in his official capacity as Secretary of State; and the UNITED STATES OF AMERICA,<br><br>          Defendants. | Civil Action No. 1:17-cv-00050-DKW-KJM |

**ORDER GRANTING PLAINTIFFS' MOTION TO LIFT STAY AND FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

Upon consideration of PLAINTIFFS' Motion to Lift Stay and for Leave to File a Second Amended Complaint, the files and records herein, and good cause appearing therefor;

IT IS HEREBY ORDERED that the Motion is GRANTED.  The Court lifts the litigation stay imposed by the Orders dated February 7, 2017 (Dkt. No. 27) and February 9, 2017 (Dkt. No. 32).  Plaintiffs STATE OF HAWAI'I and ISMAIL

ELSHIKH may file a Second Amended Complaint in the form submitted to the

Court as an exhibit to the Motion (Dkt. No. 58-1).

DATED:  March 8, 2017 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge