IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| STATE OF HAWAIʻI and ISMAIL ELSHIKH,<br><br>             Plaintiffs,<br><br>     v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; JOHN F. KELLY, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF STATE;  REX TILLERSON, in his official capacity as Secretary of State; and the UNITED STATES OF AMERICA,<br><br>             Defendants. | Civil Action No. 1:17-cv-00050-DKW-KJM |

## **BRIEFING SCHEDULE ORDER**

Upon consideration of the parties' Joint Motion for Entry of Proposed Briefing Schedule Order, the files and records herein, and good cause appearing therefor;

IT IS HEREBY ORDERED that:

1. Plaintiffs will file their Second Amended Complaint, Motion for a Temporary Restraining Order, and any declarations in support thereof on March 8, 2017.

2. The Government will file its Opposition to Plaintiffs' Motion for a Temporary Restraining Order by 6:00 AM Hawaii Standard Time on March 13, 2017.

3. Plaintiffs will file a Reply by 12:00 Noon Hawaii Standard Time on March 14, 2017.

4. All parties will appear at a hearing in this Court with telephonic access available on the morning of March 15, 2017, at 9:30 AM (Hawaii Standard Time).

5. Plaintiffs may file a brief of up to 12,000 words in support of their Motion for a Temporary Restraining Order, and the Government may file a brief of up to 12,000 words in opposition to that motion.

DATED: March 8, 2017 at Honolulu, Hawaiʻi.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge