DOUGLAS S. CHIN (Bar No. 6465)
  Attorney General of the State of Hawai'i
CLYDE J. WADSWORTH (Bar No. 8495)
  Solicitor General of the State of Hawai'i
DEIRDRE MARIE-IHA (Bar No. 7923)
DEPARTMENT OF THE ATTORNEY
  GENERAL, STATE OF HAWAI'I
425 Queen Street
Honolulu, HI 96813
Telephone: (808) 586-1500
Fax: (808) 586-1239
Email: deirdre.marie-iha@hawaii.gov
  *Attorneys for Plaintiff, State of Hawai'i*

NEAL K. KATYAL*
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, DC 20004
Telephone: (202) 637-5600
Fax: (202) 637-5910
Email:
neal.katyal@hoganlovells.com

*Admitted Pro Hac Vice*

  *Attorneys for Plaintiffs, State of Hawai'i and Ismail Elshikh*

(See Next Page For Additional Counsel)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STATE OF HAWAI'I and ISMAIL ELSHIKH,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; JOHN F. KELLY, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF STATE; REX TILLERSON, in his official capacity as Acting Secretary of State; and the UNITED STATES OF AMERICA,<br><br>Defendants. | Civil Action No. 1:17-cv-00050-DKW-KJM |

**PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

1

# ADDITIONAL COUNSEL

DONNA H. KALAMA (Bar No. 6051)
KIMBERLY T. GUIDRY (Bar No. 7813)
ROBERT T. NAKATSUJI (Bar No. 6743)
  Deputy Attorneys General
DEPARTMENT OF THE ATTORNEY
  GENERAL, STATE OF HAWAI'I
425 Queen Street
Honolulu, HI 96813
Telephone: (808) 586-1500
Fax: (808) 586-1239

COLLEEN ROH SINZDAK*
MITCHELL P. REICH*
ELIZABETH HAGERTY*
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, DC 20004
Telephone: (202) 637-5600
Fax: (202) 637-5910

THOMAS P. SCHMIDT*
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Fax: (212) 918-3100

SARA SOLOW*
ALEXANDER B. BOWERMAN*
HOGAN LOVELLS US LLP
1835 Market St., 29th Floor
Philadelphia, PA 19103
Telephone: (267) 675-4600
Fax: (267) 675-4601

*Admitted Pro Hac Vice

*Attorneys for Plaintiff, State of Hawai'i*

*Attorneys for Plaintiffs, State of Hawai'i and Ismail Elshikh*

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

Pursuant to Rules 7 and 65 of the Federal Rules of Civil Procedure and Local Rule 7.2 for the U.S. District Court for the District of Hawaii, Plaintiffs, the State of Hawaiʻi and Ismail Elshikh, by and through counsel, hereby move this Honorable Court for a temporary restraining order prohibiting Defendants from enforcing and implementing key portions of the March 6, 2017 Executive Order issued by Defendant Donald J. Trump (the "Executive Order"), which imposes a nationwide ban on the "entry" of foreign nationals from six Muslim-majority countries.

The State previously moved for a temporary restraining order prohibiting the enforcement of a January 27, 2017 iteration of the Executive Order. Portions of that previous order were enjoined by other courts, leading President Trump to issue the March 6 Executive Order. But despite revisions, the Executive Order violates federal law as well as the Constitution of the United States. Sections 2 and 6 of the Executive Order violate the Immigration and Nationality Act, 8 U.S.C. § 1101 *et seq.*, by discriminating on the basis of national origin and by contravening the INA's finely reticulated system of immigration controls. Sections 2 and 6 of the Executive Order also violate individuals' Due Process Clause rights under the Fifth Amendment of the U.S. Constitutions, while inflicting state-sanctioned disfavor

toward Muslims in violation of both the Equal Protection Clause of the Fifth Amendment and the Establishment Clause of the First Amendment.

These discriminatory and unlawful provisions of the Executive Order have no place in the State of Hawaiʻi, where Defendants' actions have caused, and continue to cause, irreparable injury to Plaintiffs. As an immediate remedy, and to maintain the status quo while more permanent solutions may be considered, Plaintiffs ask that the Court enter a temporary restraining order enjoining Defendants from enforcing or implementing Sections 2 and 6 of the Executive Order nationwide. Plaintiff further requests that the Court set an expedited hearing to determine whether such order should remain in place.

This motion is supported by the attached Memorandum in Support of Plaintiffs' Motion for Temporary Restraining Order, accompanying declarations, and the records and files in this action, as well as any additional submissions and oral argument that may be considered by the Court.

DATED: Washington, D.C., March 8, 2017.

Respectfully submitted,

*/s/ Neal K. Katyal*

| | |
|---|---|
| DOUGLAS S. CHIN (Bar No. 6465) | NEAL K. KATYAL* |
|   Attorney General of the State of Hawaiʻi | COLLEEN ROH SINZDAK* |
| CLYDE J. WADSWORTH (Bar No. 8495) | MITCHELL P. REICH* |
|   Solicitor General of the State of Hawaiʻi | ELIZABETH HAGERTY* |
| DEIRDRE MARIE-IHA (Bar No. 7923) | THOMAS P. SCHMIDT* |
| DONNA H. KALAMA (Bar No. 6051) | SARA SOLOW* |

| | |
|---|---|
| KIMBERLY T. GUIDRY (Bar No. 7813)<br>ROBERT T. NAKATSUJI (Bar No. 6743)<br>  Deputy Attorneys General | ALEXANDER B. BOWERMAN*<br><br>HOGAN LOVELLS US LLP |
| DEPARTMENT OF THE ATTORNEY<br>  GENERAL, STATE OF HAWAIʻI | *Admitted Pro Hac Vice |
| *Attorneys for Plaintiff, State of Hawaiʻi* | *Attorneys for Plaintiffs, State of Hawaiʻi and Ismail Elshikh* |