IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STATE OF HAWAI'I and ISMAIL ELSHIKH,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; JOHN F. KELLY, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF STATE; REX TILLERSON, in his official capacity as Secretary of State; and the UNITED STATES OF AMERICA,<br><br>Defendants. | Civil Action No.  1:17-cv-00050-DKW-KJM |

## SUPPLEMENTAL DECLARATION OF RISA E. DICKSON

**EXHIBIT D-1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

STATE OF HAWAI'I and ISMAIL
ELSHIKH,

        Plaintiffs,

    v.

DONALD J. TRUMP, in his official capacity
as President of the United States; U.S.
DEPARTMENT OF HOMELAND
SECURITY; JOHN F. KELLY, in his official
capacity as Secretary of Homeland Security;
U.S. DEPARTMENT OF STATE; REX
TILLERSON, in his official capacity as
Secretary of State; and the UNITED STATES
OF AMERICA,

        Defendants.

Civil Action No.  1:17-cv-00050-
DKW-KJM


SUPPLEMENTAL
DECLARATION OF RISA E.
DICKSON

SUPPLEMENTAL DECLARATION OF RISA E. DICKSON

I, Risa E. Dickson, do declare and would competently testify as follows.

1. I am Vice President for Academic Planning and Policy, at the University of
Hawai'i System.  I began this role in February 2015.  Previously, I worked at
California State University, San Bernardino from 1991-2014. Among the
positions I held there included Associate Provost for Academic Personnel.
As Associate Provost, my office processed and monitored visa for
international faculty.

1

2. As Vice President I have overall responsibility for leadership, planning, and intercampus coordination of academic affairs, student affairs, academic policy and planning, institutional research and analysis, international and strategic initiatives, and the Hawai'i P-20 Partnerships for Education.  Given my current role with international and strategic initiatives, and my previous experience with recruitment of international faculty, I am well aware of the importance of the role of international faculty in the vibrancy of a healthy university.

3. This declaration supplements the declaration I previously filed with this court, dated February 1, 2017.

4. I am aware that President Trump issued an executive order on January 27, 2017, which temporarily banned travel from seven Muslim-majority countries.  I am also aware that on March 6, 2017, President Trump issued a new executive order.  This order temporarily bans travel from six Muslim-majority countries, and does not apply to legal permanent residents or other designated, limited, and narrow categories of non-citizens.

5. Despite these changes, many of the impacts of the new executive order will be the same on the University community as were caused by the old executive order.  The new executive order threatens the University's status as an international institution.  As with all institutions of higher learning, the

2

scholarship and community of the University rely upon the collaborative exchanges of ideas and research partnerships. The University relies upon faculty, teaching, research, conferences, and program activities that regularly require travel outside the United States. The new executive order will undermine the University's ability to fully engage in the international exchange of ideas and research partnerships. Affected individuals will be understandably reluctant to travel when their ability to return to Hawaii is uncertain. This uncertainty threatens the University's programs, which regularly require travel outside the United States.

6.  The new executive order will also hinder the diversity of thought and experience that forms the backbone of any institution of higher education. A diverse student body is part of the educational experience for all students. Given my experience in higher education, I expect that the new executive order will deter students, scholars and faculty from attending our institution. Our experience with higher education indicates that the new executive order will have not just the direct impacts described here, but will likely deter students, scholars and faculty from *other* countries and communities from attending our institutions.

7.  The executive order will directly impact the University of Hawai'i. The University presently has approximately 23 graduate students from the six

3

countries included in the new Executive Order.   These students attend our institution under valid visas issued by the United States government.  They study and work alongside the University's many thousands of other students. The University also has employees including faculty from two of the designated countries, namely Iran and Sudan, who are here on immigrant visas.  In addition, the University has at least 29 visiting faculty members and scholars with valid visas from the six countries affected by the new Executive Order.  Given the new Executive Order, the University's ability to recruit and enroll students and graduate students, and recruit and hire visiting faculty from the six affected countries, is constrained.  Were it not for the new Executive Order, I would expect these activities to take place both in the coming school year and in the near future.

8. Though it is too soon to determine the full impact of the new executive order and its predecessor on the University's future recruitment efforts, we are anticipating that recruitment for undergraduate students, graduate students, permanent faculty members, or visiting faculty members or scholars from the six affected countries may be impacted.  Individuals who are neither legal permanent residents nor current visa holders will be entirely precluded from considering our institution.  This sort of recruitment of students, graduate students, scholars, and faculty—including those from the six

designated countries—is important to the diversity of thought and ideas on campus, which the University seeks to foster.  As outlined above, the University currently has a number of professors, scholars, and students from the affected countries, and an active program in Persian Language, Linguistics, and Culture.  We will be unable to foster further growth in this population because the new executive order will prevent scholars or professors from those countries from considering employment in the United States and at the University of Hawai'i.  This may directly impact the University of Hawai'i's ability to recruit and accept the most qualified students and faculty.

9.  In addition, we are concerned that the environment caused by these federal orders might dissuade some of our current professors or scholars from continuing their scholarship in the United States and at our institution.

10. In observing the shifting federal policies on immigration from these countries, we stand by our previously stated concern that the new executive order will hinder the free flow of information and ideas, as did its predecessor.

11. As with the State of Hawai'i generally, the University of Hawai'i prides itself on a reputation of inclusiveness, tolerance, and diversity.  The new executive order threatens this reputation, and our ability to fully embrace our

priority as a global university and one of the most diverse institutions of higher education.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED:  March 8, 2017, in Honolulu, Hawaiʻi.

_____
Risa E. Dickson