Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation

DAVID P. McCAULEY          6065-0
CLARE M. HANUSZ            7336-0
1003 Bishop Street, Suite 1600
Honolulu, HI 96813
www.hawaiilawyer.com
Telephone: (808) 531-8031
Facsimile:  (808) 533-2242

Attorneys for Proposed Amici Curiae
INTERNATIONAL LAW SCHOLARS
and NONGOVERNMENTAL ORGANIZATIONS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| STATE OF HAWAII and ISMAIL ELSHIKH, | ) ) ) | CIVIL NO. 1:17-cv-0050 DKW-KJM |
| Plaintiffs, | ) ) ) | **NOTICE OF APPEARANCE OF COUNSEL FOR PROPOSED AMICI CURIAE** |
| vs. | ) ) | **INTERNATIONAL LAW SCHOLARS AND** |
| DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; JOHN F. KELLY, IN HIS OFFICIAL CAPACITY AS Secretary of Homeland Security; REX TILLERSON, in his official capacity as Secretary of State; and the UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) ) ) ) ) ) ) | **NONGOVERNMENTAL ORGANIZATIONS; CERTIFICATE OF SERVICE** |
| Defendants. | ) ) ) | |

348044

**NOTICE OF APPEARANCE OF COUNSEL FOR PROPOSED**
**AMICI CURIAE INTERNATIONAL LAW SCHOLARS**
<u>**AND NONGOVERNMENTAL ORGANIZATIONS**</u>

PLEASE TAKE NOTICE that David P. McCauley and Clare M.

Hanusz, with the law firm of Damon Key Leong Kupchak Hastert, hereby enter

their appearance as counsel in the above-captioned case for Proposed Amici Curiae

INTERNATIONAL LAW SCHOLARS and NONGOVERNMENTAL

ORGANIZATIONS.

DATED:  Honolulu, Hawaii, March 9, 2017.

DAMON KEY LEONG KUPCHAK HASTERT


*/s/ Clare M. Hanusz*
DAVID P. McCAULEY
CLARE M. HANUSZ

Attorneys for Proposed Amici Curiae
INTERNATIONAL LAW SCHOLARS
and NONGOVERNMENTAL
ORGANIZATIONS

2

348044

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| STATE OF HAWAII and ISMAIL ELSHIKH, | ) ) ) | CIVIL NO. 1:17-cv-0050 DKW-KJM |
| Plaintiffs, | ) ) | **CERTIFICATE OF SERVICE** |
| vs. | ) ) ) | |
| DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; JOHN F. KELLY, IN HIS OFFICIAL CAPACITY AS Secretary of Homeland Security; REX TILLERSON, in his official capacity as Secretary of State; and the UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

_____

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this date a true and correct copy of the

foregoing document was duly served electronically through CM/ECF on all parties

that have appeared in this case and are registered to accept service through

CM/ECF.

348044

DATED:  Honolulu, Hawaii, March 9, 2017.

DAMON KEY LEONG KUPCHAK HASTERT


*/s/ Clare M. Hanusz*
DAVID P. McCAULEY
CLARE M. HANUSZ

Attorneys for Proposed Amici Curiae
INTERNATIONAL LAW SCHOLARS
and NONGOVERNMENTAL
ORGANIZATIONS

2