IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| State of Hawaii and Ismail Elshikh,<br><br>Plaintiff,<br><br>vs.<br><br>Donald J. Trump, *in his official capacity as President of the United States*, U.S. Department of Homeland Security, John F. Kelly, *in his official capacity as Secretary of Homeland Security*, U.S. Department of State, Rex Tillerson, *in his official capacity as Secretary of State* and United States of America,<br><br>Defendants. | 1:17-cv-00050-DKW-KJM<br><br>ORDER OF RECUSAL |

**ORDER OF RECUSAL**

In order to avoid the appearance of impropriety, or a conflict of interest, or any reasonable question regarding my impartiality, I hereby recuse myself from any and all proceedings in this case. This matter is returned to the Clerk's Office for reassignment.

IT IS SO ORDERED.

Dated: Honolulu, Hawaiʻi, March 10, 2017.



   /S/ Kenneth J. Mansfield
Kenneth J. Mansfield
United States Magistrate Judge