DENISE M. HEVICON    7428
841 Bishop Street, Suite 2210
Honolulu, Hawaii 96813
Telephone: (808) 523-5751
Fax: (808) 356-0628
E-Mail: dmheviconlaw@hawaii.rr.com

CHRISTOPHER J. HAJEC (*pro hac vice*)
Director of Litigation
IMMIGRATION REFORM LAW INSTITUTE
25 Massachusetts Ave., NW, Suite 335
Washington, DC 20001
Telephone: (202) 232-5590
Fax: (202) 464-3590
E-Mail: chajec@irli.org

Attorneys for *Amicus Curiae*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STATE OF HAWAI'I and ISMAIL ELSHIKH, | ) CIVIL NO. 1:17-cv-0050-DKW-KSC ) |
| Plaintiffs, | ) NOTICE OF WITHDRAWAL OF ) AMICUS CURIAE BRIEF OF THE |
| v. | ) IMMIGRATION REFORM LAW ) INSTITUTE IN SUPPORT OF |
| DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; JOHN F. KELLY, in his official capacity as Secretary of Homeland Security; U.S DEPARTMENT OF STATE; REX TILLERSON, in his official capacity as Secretary of State; and the UNITED STATES OF AMERICA, ) | ) DEFENDANTS [DOCKET NO. 80]; ) CERTIFICATE OF SERVICE ) ) ) Hearing Date/Time: ) Date: 3/15/2017 ) Time: 9:30 am ) Judge: Derrick K. Watson ) ) ) |
| Defendants. | ) |

_

**NOTICE OF WITHDRAWAL OF AMICUS CURIAE BRIEF
OF THE IMMIGRATION REFORM LAW INSTITUTE
IN SUPPORT OF DEFENDANTS [DOCKET NO. 80]**

NOTICE IS HEREBY GIVEN that *Amicus Curiae Brief* of the Immigration

Reform Law Institute, Docket No. 80, is withdrawn.

Instead, Immigration Reform Law Institute is contemporaneously submitting

a Motion for Leave to file *Amicus Curiae Brief*, with an Amended Brief, dated

March 12, 2017, attached thereto.

DATED: Honolulu, Hawaii, March 12, 2017.


\s\  Denise M. Hevicon_____.
DENISE M. HEVICON

\s\ Christopher J. Hajec_____.
CHRISTOPHER J. HAJEC

Attorneys for *Amicus Curiae*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STATE OF HAWAI'I and ISMAIL ELSHIKH, <br><br> Plaintiffs, <br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; JOHN F. KELLY, in his official capacity as Secretary of Homeland Security; U.S DEPARTMENT OF STATE; REX TILLERSON, in his official capacity as Secretary of State; and the UNITED STATES OF AMERICA, ) <br><br> Defendants. <br> _____ ) | CIVIL NO. 1:17-cv-0050-DKW-KSC <br><br> **CERTIFICATE OF SERVICE** |

## <u>CERTIFICATE OF SERVICE</u>

I certify that a Copy of **NOTICE OF WITHDRAWAL OF AMICUS CURIAE BRIEF OF THE IMMIGRATION REFORM LAW INSTITUTE IN SUPPORT OF DEFENDANTS [DOCKET NO. 80]** of the Immigration Reform Law Institute was served upon the parties' attorneys listed below via CM/ECF on March 12, 2017:

Aaron Fellmeth   aaron.fellmeth@asu.edu

Alan C. Turner   aturner@stblaw.com

Alexander Bowerman       **alexander.bowerman@hoganlovells.com**

Amir H. Ali       **Amir.Ali@macarthurjustice.org**

Andrew L. Nellis   **nellis@au.org**

Anna M. Elento-Sneed   aes@esandalaw.com

Brad P. Rosenberg   **brad.rosenberg@usdoj.gov**

Claire Loebs Davis   **davisc@lanepowell.com**

Claire Wong Black   cblack@ahfi.com

Clare M. Hanusz   **usdc@hawaiilawyer.commailto:emk@hawaiilawyer.com**

Clyde J. Wadsworth   **clyde.j.wadsworth@hawaii.gov**

Colleen Roh Sinzdak   **colleen.rohsinzdak@hoganlovells.com**

Daniel Schwei   **Daniel.S.Schwei@usdoj.gov**

David J. Minkin   minkin@m4law.com

Deirdre Marie-Iha   deirdre.marie-iha@hawaii.gov

Donna H. Kalama   **Donna.H.Kalama@hawaii.gov**

Douglas S.G. Chin   **hawaiig@hawaii.gov**

Edric Ming-Kai Ching   edric.ching@usdoj.gov

Elizabeth Hagerty   elizabeth.hagerty@hoganlovells.com

Florence T. Nakakuni   **florence.nakakuni@usdoj.gov**

Harrison J. Frahn   **hfrahn@stblaw.com**

Jessica M. Wan   jwan@m4law.com

Jessica M. Weisel   jweisel@akingump.com

John B. Harris   jharris@fkks.com

John S. Rhee   jrhee@ahfi.com

Kelly M. Percival   **percival@au.org**

Kimberly Ann Greeley   **KGreeley@esandalaw.com**

Kimberly T. Guidry   kimberly.t.guidry@hawaii.gov

Lisa W. Cataldo   cataldo@m4law.com

Lisa W. Munger   lmunger@goodsill.com

Louise K.Y. Ing   ling@ahfi.com

Mark S. Davis   **mdavis@davislevin.com**

Mary Ellen Simonson   **MSimonson@LRRC.com**

Michelle R. Bennett   **michelle.bennett@usdoj.gov**

Mitchell Reich   **mitchell.reich@hoganlovells.com**ain

Natasha J. Baker   **nbaker@hkemploymentlaw.con**

Neal Katyal   **neal.katyal@hoganlovells.com**

Nicole Y.C. L. Altman   naltman@goodsill.com

P.K. Runkles-Pearson   p.k.runkles-pearson@millernash.com

Pamela W. Bunn   **pbunn@ahfi.com**

Pratik A. Shah   pshah@akingump.com

Richard B. Katskee   **katskee@au.org**

Robert A. Johnson   rajohnson@akingump.com

Robert T. Nakatsuji   **robert.t.nakatsuji@hawaii.gov**

Sara Solow    sara.solow@hoganlovells.com

Steven D. Strauss   **stevenstrausslawyer@gmail.com**

Thomas Benedict         **tbenedict@goodsill.com**

Thomas Schmidt    **thomas.schmidt@hoganlovells.com**

DATED: Honolulu, Hawaii, March 12, 2017.

\s\  Denise M. Hevicon_____.
DENISE M. HEVICON

\s\ Christopher J. Hajec_____.
CHRISTOPHER J. HAJEC

Attorneys for *Amicus Curiae*