Thomas Benedict
tbenedict@goodsill.com
(Bar No. 005018)
GOODSILL,
ANDERSON,
  QUINN & STIFEL
First Hawaiian Center
999 Bishop Street
Suite 1600
Honolulu, HI 96813
+1 (808) 547-5600

Robert D. Fram*
  rfram@cov.com
COVINGTON & BURLING
LLP
One Front Street
San Francisco, CA 94111
+1 (415) 591-6000

Karun Tilak*
  ktilak@cov.com
Michael Baker*
  mbaker@cov.com
COVINGTON & BURLING
LLP
One City Center
850 Tenth Street, NW
Washington, D.C.  20001-
4965
+ 1 (202) 662-6000

*Attorneys for Amici Curiae Interfaith Coalition*
*Appearing Pro Hac Vice*

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAIʻI

| | | |
|---|---|---|
| STATE OF HAWAIʻI, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:17-cv-00050 -DKW-KSC<br><br>MOTION FOR LEAVE TO ADD ADDITIONAL AMICI TO AMICI CURIAE INTERFAITH COALITION'S AMICUS BRIEF; CERTIFICATE OF SERVICE<br><br>Hon. Derrick K. Watson<br>March 15, 2017<br>9:30 a.m.<br>Dkt. No. 65 |

**MOTION FOR LEAVE TO ADD ADDITIONAL AMICI TO AMICI CURIAE INTERFAITH COALITION'S AMICUS BRIEF**

Amici Curiae Interfaith Coalition ("Amici") respectfully move the Court for leave to add the National Council of Churches of Christ in the USA ("National Council of Churches"), IKAR, and Rabbi Sharon Brous to Amici's amicus curiae brief, entitled Brief of Amici Curiae Interfaith Coalition in Support of Plaintiffs' Motion for a Temporary Restraining Order. Amici's brief is attached as Exhibit 1 to Docket Entry No. 138, Motion for Leave to File Brief of Amici Curiae Interfaith Coalition. Plaintiffs have consented to the filing of this motion. Defendants take no position with respect to this motion.

The National Council of Churches is a community of Christian churches encompassing 40 million Christians in over 100,000 congregations from 38 diverse member communions. The organization recognizes the importance of interreligious relationships in building bridges of understanding between peoples and has worked to strengthen partnerships between different faith groups to reduce suspicion and anti-Muslim and anti-Semitic sentiment in society in a post 9/11 world.

IKAR is a leading edge Jewish community in Los Angeles that seeks to inspire people across the religious spectrum. Rabbi Sharon Brous is the founder and Senior Rabbi of IKAR. She has been recognized as one of the nation's leading rabbis by Newsweek/The Daily Beast.

The addition of the National Council of Churches, IKAR, and Rabbi Brous does not change the substance of Amici's proposed brief.  Pursuant to Federal Rule of Civil Procedure 7.1, corporate amici state that they do not have parent corporations and that no publicly held corporations own 10 percent or more of any stake or stock in them.

For these reasons, Amici respectfully request that the Court grant this motion for leave to add the National Council of Churches, IKAR, and Rabbi Sharon Brous to Amici's brief in support of Plaintiffs' motion for a temporary restraining order.



Dated:  Honolulu, Hawaiʻi, March 14, 2017.

/s/ Thomas Benedict
THOMAS BENEDICT
ROBERT D. FRAM (pro hac vice)
KARUN TILAK (pro hac vice)
MICHAEL BAKER (pro hac vice)

Attorney for *Amici Curiae Interfaith Coalition*
CONGREGATION B'NAI JESHURUN;
REVEREND CURTIS W. HART; RABBI
SHARON KLEINBAUM; RABBI JOEL
MOSBACHER; REVEREND TIMOTHY TUTT;
RABBI JOY LEVITT; THE SIKH COALITION;
THE RIGHT REVEREND ANDREW
DIETSCHE, EPISCOPAL BISHOP OF NEW
YORK; THE RIGHT REVEREND ALLEN K.
SHIN, BISHOP SUFFRAGAN OF THE
EPISCOPAL; THE RIGHT REVEREND MARY
D. GLASSPOOL, BISHOP ASSISTANT OF
THE EPISCOPAL DIOCESE OF NEW YORK;
IMAM ABDUL MALIK MUJAHID; THE
RIGHT REVEREND LAWRENCE C.
PROVENZANO, EPISCOPAL BISHOP OF
LONG ISLAND; THE MUSLIM PUBLIC
AFFAIRS COUNCIL; THE RIGHT REVEREND
MARC HANDLEY ANDRUS, EPISCOPAL
BISHOP OF CALIFORNIA; CONGREGATION
BEIT SIMCHAT TORAH ; RABBI
FREDERICK REEVES; RABBI PERETZ
WOLF-PRUSAN; RABBI NOA KUSHNER;
UNION THEOLOGICAL SEMINARY; RABBI
JOHN ROSOVE; UNITED  METHODIST
WOMEN; RABBI JAMES PONET; HYDE
PARK & KENWOOD INTERFAITH
COUNCIL;  RABBI MICHAEL STRASSFELD;
NATIONAL COUNCIL OF CHURCHES OF
CHRIST IN THE USA; IKAR AND RABBI
SHARON BROUS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAI'I and ISMAIL ELSHIKH,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; JOHN F. KELLY, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF STATE; REX TILLERSON, in his official capacity as Secretary of State; and the UNITED STATES OF AMERICA,<br><br>Defendants. | CV. NO. 1:17-cv-00050 DKW-KJM<br><br>CERTIFICATE OF SERVICE |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 14th day of March, 2017, I electronically

filed the foregoing document with the Clerk of the Court using the CM/ECF

System, which will send notification of such filing to all attorneys of record.

6282390.1

Dated:  Honolulu, Hawaiʻi, March 14, 2017.

/s/ Thomas Benedict
THOMAS BENEDICT
ROBERT D. FRAM (pro hac vice)
KARUN TILAK (pro hac vice)
MICHAEL BAKER (pro hac vice)
Attorney for *Amici Curiae Interfaith Coalition*
CONGREGATION B'NAI JESHURUN;
REVEREND CURTIS W. HART; RABBI
SHARON KLEINBAUM; RABBI JOEL
MOSBACHER; REVEREND TIMOTHY
TUTT;  RABBI JOY LEVITT; THE SIKH
COALITION; THE RIGHT REVEREND
ANDREW DIETSCHE, EPISCOPAL BISHOP
OF NEW YORK; THE RIGHT REVEREND
ALLEN K. SHIN, BISHOP SUFFRAGAN OF
THE EPISCOPAL; THE RIGHT REVEREND
MARY D. GLASSPOOL, BISHOP
ASSISTANT OF THE EPISCOPAL DIOCESE
OF NEW YORK; IMAM ABDUL MALIK
MUJAHID; THE RIGHT REVEREND
LAWRENCE C. PROVENZANO, EPISCOPAL
BISHOP OF LONG ISLAND; THE MUSLIM
PUBLIC AFFAIRS COUNCIL; THE RIGHT
REVEREND MARC HANDLEY ANDRUS,
EPISCOPAL BISHOP OF CALIFORNIA;
CONGREGATION BEIT SIMCHAT TORAH ;
RABBI FREDERICK REEVES; RABBI
PERETZ WOLF-PRUSAN; RABBI NOA
KUSHNER; UNION THEOLOGICAL
SEMINARY; RABBI JOHN ROSOVE;
UNITED  METHODIST WOMEN; RABBI
JAMES PONET; HYDE PARK & KENWOOD
INTERFAITH COUNCIL;  RABBI MICHAEL
STRASSFELD; NATIONAL COUNCIL OF
CHURCHES OF CHRIST IN THE USA; IKAR
AND RABBI SHARON BROUS