BRONSTER FUJICHAKU ROBBINS
A Law Corporation

MARGERY S. BRONSTER  4750
mbronster@bfrhawaii.com
MELINDA WEAVER         10464
mweaver@bfrhawaii.com
1003 Bishop Street, Suite 2300
Honolulu, HI  96813
Telephone:  (808) 524-5644
Facsimile:  (808) 599-1881

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

ROBERT A. ATKINS (*pro hac vice*)
ratkins@paulweiss.com
ANDREW J. EHRLICH (*pro hac vice*)
aehrlich@paulweiss.com
PIETRO J. SIGNORACCI (*pro hac vice*)
psignoracci@paulweiss.com
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 492-3990

Attorneys for *Amici Curiae*
Technology Companies and
Other Businesses

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAI'I, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, President of the United States, *et al.*,<br><br>　　　　Defendants. | Case No. 1:17-cv-00050-DKW-KSC<br><br>CORPORATE DISCLOSURES FOR *AMICI CURIAE* TECHNOLOGY COMPANIES AND OTHER BUSINESSES; CERTIFICATE OF SERVICE |

**CORPORATE DISCLOSURES FOR *AMICI CURIAE*
TECHNOLOGY COMPANIES AND OTHER BUSINESSES**

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1, *amici curiae* Technology Companies and Other Businesses submit the following statements:

1. Airbnb, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

2. AltSchool, PBC has no parent corporation and no publicly held corporation owns 10% or more of its stock.

3. Ampush LLC has no parent corporation and no publicly held corporation owns 10% or more of its stock.

4. Appboy, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

5. Appnexus, Inc. has no parent corporation and the following publicly held corporations own 10% or more of its stock: Microsoft Corporation and WPP Luxembourg Gamma Three S.à r.l.

6. Azavea has no parent corporation and no publicly held corporation owns 10% or more of its stock.

7. CareZone, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

8. Chegg, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

9. Cloudera, Inc. has no parent corporation and the following publicly held corporation owns 10% or more of its stock: Intel Corporation.

10. Color Genomics, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

11. Copia Institute has no parent corporation and no publicly held corporation owns 10% or more of its stock.

12. DoorDash has no parent corporation and no publicly held corporation owns 10% or more of its stock.

13. Dropbox, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

14. Electronic Arts Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

15. EquityZen Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

16. Evernote Corporation has no parent corporation and no publicly held corporation owns 10% or more of its stock.

17. Flipboard has no parent corporation and no publicly held corporation owns 10% or more of its stock.

18. General Assembly Space, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

19. Glassdoor, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

20. Greenhouse Software, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

21. IDEO has no parent corporation and the following publicly held corporation owns 10% or more of its stock: Steelcase, Inc.

22. Imgur, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

23. Indiegogo, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

24. Kargo Global, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

25. Kickstarter, PBC has no parent corporation and no publicly held corporation owns 10% or more of its stock.

26. Light has no parent corporation and no publicly held corporation owns 10% or more of its stock.

27. Linden Research, Inc. d/b/a Linden Lab has no parent corporation and no publicly held corporation owns 10% or more of its stock.

28. Lithium Technologies, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

29. Lyft, Inc. has no parent corporation and the following publicly held corporation own 10% or more of its stock: Rakuten, Inc., a publicly held corporation traded on the Tokyo Stock Exchange, and General Motors Company, a

publicly held corporation traded on the New York Stock Exchange; each own more than ten percent of Lyft's outstanding stock, in each case through a subsidiary.

30. Lytro, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

31. Mapbox Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

32. Marin Software Incorporated has no parent corporation and no publicly held corporation owns 10% or more of its stock.

33. Meetup, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

34. Memebox Corporation has no parent corporation and no publicly held corporation owns 10% or more of its stock.

35. MongoDB, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

36. NetApp, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

37. Patreon, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

38. Pinterest, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

39. Postmates Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

40. Quora, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

41. RealNetworks, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

42. RetailMeNot, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

43. Rocket Lawyer Incorporated has no parent corporation and no publicly held corporation owns 10% or more of its stock.

44. Shutterstock, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

45. Square, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

46. Strava, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

47. SugarCRM has no parent corporation and no publicly held corporation owns 10% or more of its stock.

48. Sunrun, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

49. TripAdvisor LLC has no parent corporation and the following publicly held corporation owns 10% or more of its stock: Liberty TripAdvisor Holdings, Inc.

50. Turo, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

51. Twilio Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

52. Udacity, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

53. Upwork has no parent corporation and no publicly held corporation owns 10% or more of its stock.

54. Warby Parker has no parent corporation and no publicly held corporation owns 10% or more of its stock.

55. Wikimedia Foundation, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

56. Work & Co has no parent corporation and no publicly held corporation owns 10% or more of its stock.

57. Y Combinator Management, LLC has no parent corporation and no publicly held corporation owns 10% or more of its stock.

58. Zendesk, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

DATED: Honolulu, Hawaiʻi, March 15, 2017.

        /s/ Margery S. Bronster
MARGERY S. BRONSTER
MELINDA WEAVER
ROBERT A. ATKINS*
ANDREW J. EHRLICH*
PIETRO J. SIGNORACCI*

Attorneys for *Amici Curiae* Technology Companies and Other Businesses

*Pro hac vice