IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAI'I, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, President of the United States, *et al.*,<br><br>　　　　Defendants. | Case No. 1:17-cv-00050-DKW-KSC<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF:**

| | |
|---|---|
| Ali, Amir H. | Amir.Ali@macarthurjustice.org |
| Altman, Nicole Y. C. L. | naltman@goodsill.com |
| Arakawa, Lynda L. | larakawa@goodsill.com |
| Baker, Michael | mbaker@cov.com |
| Baker, Natasha J. | nbaker@hkemploymentlaw.com |
| Benedict, Thomas | tbenedict@goodsill.com |
| Bennett, Michelle R. | michelle.bennett@usdoj.gov |
| Bernstein, Richard D. | rbernstein@willkie.com |
| Black, Claire Wong | cblack@ahfi.com |
| Bowerman, Alexander | alexander.bowerman@hoganlovells.com |
| Bunn, Pamela W. | pbunn@ahfi.com |
| Cataldo, Lisa W. | cataldo@m4law.com |
| Chin, Douglas S. G. | hawaiig@hawaii.gov |
| Ching, Edric Ming-Kai | edric.ching@usdoj.gov |
| Davis, Claire Loebs | davidc@lanepowell.com |
| Davis, Mark S. | mdavis@davislevin.com |
| DeFilipp, Kristyn | kbuncedefilipp@foleyhoag.com |
| Elento-Sneed, Anna M. | aes@esandalaw.com |
| Fellmeth, Aaron | aaron.fellmeth@asu.edu |

| | |
|---|---|
| Fiur, Seth D. | SFiur@proskauer.com |
| Frahn, Harrison J. | hfrahn@stblaw.com |
| Fram, Robert D. | rfram@cov.com |
| Franklin, David L. | DFranklin@atg.state.il.us |
| Greeley, Kimberly Ann | KGreeley@esandalaw.com |
| Guidry, Kimberly T. | kimberly.t.guidry@hawaii.gov |
| Hagerty, Elizabeth | elizabeth.hagerty@hoganlovells.com |
| Hajec, Christopher J. | chajec@irli.or |
| Hamer, Alison M. | ahamer@hkemploymentlaw.com |
| Hanusz, Clare M. | usdc@hawaiilawyer.com |
| Harris, John B. | jharris@fkks.com |
| Hart, Christopher E. | chart@foleyhoag.com |
| Hevicon, Denise M. | dmheviconlaw@hawaii.rr.com |
| Higashi, Meredith S. H. | mhigashi@napaba.org |
| Ing, Louise | ling@ahfi.com |
| Iwao, Regan M. | riwao@goodsill.com |
| Johnson, Robert A. | rajohnson@akingump.com |
| Kacprowski, Nickolas A. | NKacprowski@ahfi.com |
| Kalama, Donna H. | Donna.H.Kalama@hawaii.gov |
| Katskee, Richard B. | katskee@au.org |
| Katyal, Neal | neal.katyal@hoganlovells.com |
| Keating, Michael B. | mkeating@foleyhoag.com |
| Kim, James W. | jakim@mwe.com |
| Marie-Iha, Dierdre | dierdre.marie-iha@hawaii.gov |
| Matsumoto, Robert K. | rkmbengoshi@hawaii.rr.co |
| Matsuoka, Tina R. | tmatsuoka@napaba.org |
| McFadden, Daniel L. | dmcfadden@foleyhoag.com |
| Minkin, David J. | Minkin@m4law.com |
| Miyashiro, Duane R. | dmiyashiro@amkhawaii.com |
| Munger, Lisa W. | lmunger@goodsill.com |
| Nakakuni, Florence T. | florence.nakakuni@usdoj.gov |
| Nakatsuji, Robert T. | robert.t.nakatsuji@hawaii.gov |
| Nellis, Andrew L. | nellis@au.org |
| Nolan, Terrance J. | terrance.nolan@nyu.edu |
| Obus, Steven E. | SObus@proskauer.com |
| Pathak, Rachana A. | radha.pathak@strismaher.com |
| Percival, Kelly M. | percival@au.org |
| Reich, Mitchell | mitchell.reich@hoganlovells.com |

| | |
|---|---|
| Rhee, John S. | jrhee@ahfi.com |
| Rogers, James B. | brogers@ahfi.com |
| Rosenberg, Brad P. | brad.rosenberg@usdoj.gov |
| Runkles-Pearson, P. K. | p.k.runkles-pearson@millernash.com |
| Schmidt, Thomas | thomas.schmidt@hoganlovells.com |
| Schwei, Daniel | daniel.s.schwei@usdoj.gov |
| Shah, Pratik A. | pshah@akingump.com |
| Simonson, Mary Ellen | MSimonson@LRRC.com |
| Singh, Navdeep | nsingh@napaba.org |
| Sinzdak, Colleen Roh | colleen.rohsinzdak@hoganlovells.com |
| Smith, Johnathan James | johnathan@muslimadvocates.org |
| Solow, Sara | sara.solow@hoganlovells.com |
| Strauss, Steven D. | stevenstrausslawyer@gmail.com |
| Sulahry, Junaid | jsulahry@gmail.com |
| Tilak, Karun | ktilak@cov.com |
| Tobin, Brett R. | btobin@goodsill.com |
| Turner, Alan C. | aturner@stblaw.com |
| Wadsworth, Clyde J. | clyde.j.wadsworth@hawaii.gov |
| Wall, Jeffrey B. | jeffrey.b.wall@usdoj.gov |
| Wan, Jessica M. | jwan@m4law.com |
| Ware, Anton A. | anton.ware@apks.com |
| Weisel, Jessica M. | jweisel@akingump.com |
| Woo, Tiffany M. | twoo@proskauer.com |

DATED:  Honolulu, Hawai'i, March 15, 2017.

  /s/ Margery S. Bronster
MARGERY S. BRONSTER
MELINDA WEAVER
ROBERT A. ATKINS*
ANDREW J. EHRLICH*
PIETRO J. SIGNORACCI*
Attorneys for *Amici Curiae*
Technology Companies and
Other Businesses

*Pro hac vice*