BRONSTER FUJICHAKU ROBBINS
A Law Corporation

MARGERY S. BRONSTER  4750
mbronster@bfrhawaii.com
MELINDA WEAVER         10464
mweaver@bfrhawaii.com
1003 Bishop Street, Suite 2300
Honolulu, HI  96813
Telephone:  (808) 524-5644
Facsimile:   (808) 599-1881

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

ROBERT A. ATKINS (*pro hac vice*)
ratkins@paulweiss.com
ANDREW J. EHRLICH (*pro hac vice*)
aehrlich@paulweiss.com
PIETRO J. SIGNORACCI (*pro hac vice*)
psignoracci@paulweiss.com
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone:  (212) 373-3000
Facsimile:   (212) 492-3990

Attorneys for *Amici Curiae*
Technology Companies and
Other Businesses

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| STATE OF HAWAIʻI, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *et al.*,<br><br>    Defendants. | Case No. 1:17-cv-00050-DKW-KSC<br><br>SUPPLEMENTAL CORPORATE DISCLOSURES FOR *AMICI CURIAE* TECHNOLOGY COMPANIES AND OTHER BUSINESSES;<br><br>CERTIFICATE OF SERVICE |

**SUPPLEMENTAL CORPORATE DISCLOSURES FOR
*AMICI CURIAE* TECHNOLOGY COMPANIES AND
OTHER BUSINESSES**

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1, *amici curiae* Technology Companies and Other Businesses submit the following statements:

59. Affirm, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

60. Ancestry.com, LLC has no parent corporation and no publicly held corporation owns 10% or more of its stock.

61. AppDynamics, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

62. Codecademy has no parent corporation and the following publicly held corporation indirectly owns 10% or more of its

2

stock: Naspers, Ltd.

63. Knotel has no parent corporation and no publicly held corporation owns 10% or more of its stock.

64. Squarespace, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

65. Thumbtack, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

66. Uber Technologies, Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.[1]

67. Via has no parent corporation and no publicly held corporation owns 10% or more of its stock.

DATED: Honolulu, Hawai'i, March 16, 2017.

    /s/ Margery S. Bronster
MARGERY S. BRONSTER
MELINDA WEAVER
ROBERT A. ATKINS*
ANDREW J. EHRLICH*
PIETRO J. SIGNORACCI*
Attorneys for *Amici Curiae*
Technology Companies and
Other Businesses

*Pro hac vice

---

[1] Bronster Fujichaku Robbins does not represent Uber Technologies, Inc.