# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 17-00050 DKW-KSC |
| CASE NAME: | State of Hawaii and Ismail Elshikh v. Donald J. Trump, in his official capacity as President of the United States; U.S. Department of Homeland Security; John F. Kelly, in his official capacity as Secretary of Homeland Security; in his official capacity as Secretary of Homeland Security; U.S. Department of State; Rex Tillerson, in his official capacity as Secretary of State; and the United States of America |
| ATTYS FOR PLA: | Douglas S.G. Chin<br>Deirdre Marie-Iha<br>Donna H. Kalama<br>Clyde J. Wadsworth<br>Kimberly T. Guidry<br>Josh Wisch<br>Colleen Roh Sinzdak, by phone |
| ATTYS FOR DEFT: | Edric Ming-Kai Ching<br>Chad A. Readler, by phone<br>Brad P. Rosenberg, by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Derrick K. Watson | REPORTER: | Gloria Bediamol |
| DATE: | 03/29/2017 | TIME: | 9:35 - 10:35 |

COURT ACTION:  EP: Hearing held on [238] Plaintiffs' Motion To Convert Temporary Restraining Order To A Preliminary Injunction.

Oral arguments heard.  Motion taken under Advisement.  Court to issue a written order.

Submitted by: Tammy Kimura, Courtroom Manager.