# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAI'I and ISMAIL ELSHIKH,<br><br>     *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; JOHN F. KELLY, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF STATE; REX TILLERSON, in his official capacity as Secretary of State; and the UNITED STATES OF AMERICA,<br><br>     *Defendants*. | CV. No. 17-cv-00050 DKW-KSC<br><br>**ORDER** |

## ORDER

Upon consideration of the parties' Joint Motion to Stay District Court Proceedings Pending Resolution of Defendants' Appeal, the files and records herein, and for good cause shown, IT IS HEREBY ORDERED that the parties' joint motion shall be, and it hereby is, GRANTED. All deadlines in this case, including the Defendants' deadline to file a response to the Second Amended Complaint, the parties' deadline to file a Scheduling Conference Statement pursuant to Rule 16.2(b), and the deadline to hold a conference pursuant to Rule 26.1(a), are hereby STAYED. The Court also hereby CONTINUES the Rule 16 Scheduling Conference that had been set for April 18, 2017.

It is further ORDERED that the parties shall submit, within fourteen days of the final disposition of appellate proceedings, a joint status report proposing the schedule for any further proceedings in this matter.

DATED: April 3, 2017 at Honolulu, Hawaii.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*State of Hawaii and Ismail Elshikh vs. Donald J. Trump, et al.*;
Civil No. 17-00050 DKW KSC; **ORDER**