IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| STATE OF HAWAI'I and ISMAIL ELSHIKH,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　Defendants. | CV. NO. 17-00050 DKW-KSC<br><br>**AMENDED PRELIMINARY INJUNCTION** |

The Court enters the following Amended Preliminary Injunction pursuant to the United States Court of Appeals for the Ninth Circuit's per curiam opinion dated June 12, 2017, which affirmed in part and vacated in part this Court's March 29, 2017 Preliminary Injunction, and remanded with instructions to re-issue a preliminary injunction consistent with that opinion.[1]

**AMENDED PRELIMINARY INJUNCTION**

It is hereby ADJUDGED, ORDERED, and DECREED that:

Defendants JOHN F. KELLY, in his official capacity as Secretary of Homeland Security; REX W. TILLERSON, in his official capacity as Secretary of

---

[1] The Ninth Circuit's Mandate issued on June 19, 2017. *See Hawaii v. Trump*, Case No. 17-15589 (9th Cir. June 19, 2017), ECF No. 318.

State; and all their respective officers, agents, servants, employees, and attorneys, and persons in active concert or participation with them, are hereby enjoined from enforcing or implementing Sections 2 and 6 of Executive Order No. 13780 across the Nation—except for those portions of Sections 2 and 6 providing for internal review procedures that do not burden individuals outside of the executive branch of the federal government.[2]  Enforcement of the enjoined provisions in all places, including the United States, at all United States borders and ports of entry, and in the issuance of visas is prohibited, pending further orders from this Court.

No security bond is required under Federal Rule of Civil Procedure 65(c).

IT IS SO ORDERED.

Dated: June 19, 2017 at Honolulu, Hawai'i.



Derrick K. Watson
United States District Judge

---

*State of Hawaii, et al. v. Trump, et al.*; Civ. No. 17-00050 DKW-KSC; **AMENDED PRELIMINARY INJUNCTION**

---

[2]*See* Executive Order No. 13780, 82 Fed. Reg. 13209 at 13212–13, 13215–16 (Mar. 6, 2017).