# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 26, 2017

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Donald J. Trump, President of the United States, et al.
           v. Hawaii, et al.
           No. 16-1540
           (Your No. 17-15589)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on June 26, 2017 and placed on the docket June 26, 2017 as No. 16-1540.

           Sincerely,

           **Scott S. Harris**, Clerk

           by

           Jeffrey Atkins
           Deputy Clerk