DOUGLAS S. CHIN (Bar No. 6465)
  Attorney General of the State of Hawaiʻi
DEPARTMENT OF THE ATTORNEY
  GENERAL, STATE OF HAWAIʻI
425 Queen Street
Honolulu, HI 96813
Telephone: (808) 586-1500
Fax: (808) 586-1239
  *Attorneys for Plaintiff, State of Hawaiʻi*

NEAL K. KATYAL*
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, DC 20004
Telephone: (202) 637-5600
Fax: (202) 637-5910
*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs, State of
Hawaiʻi and Ismail Elshikh*

(See Next Page For Additional Counsel)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAIʻI**

| | |
|---|---|
| STATE OF HAWAIʻI and ISMAIL ELSHIKH,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; JOHN F. KELLY, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF STATE; REX TILLERSON, in his official capacity as Secretary of State; and the UNITED STATES OF AMERICA,<br><br>Defendants. | Civil Action No. 1:17-cv-00050-DKW-KSC<br><br>**DECLARATION OF NEAL K. KATYAL IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION TO CLARIFY SCOPE OF PRELIMINARY INJUNCTION; EXHIBITS A, B, C, D, & E IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION TO CLARIFY SCOPE OF PRELIMINARY INJUNCTION; CERTIFICATE OF SERVICE** |

## ADDITIONAL COUNSEL

CLYDE J. WADSWORTH (Bar No. 8495)
  Solicitor General of the State of Hawai'i
DEIRDRE MARIE-IHA (Bar No. 7923)
DONNA H. KALAMA (Bar No. 6051)
KIMBERLY T. GUIDRY (Bar No. 7813)
ROBERT T. NAKATSUJI (Bar No. 6743)
  Deputy Attorneys General
DEPARTMENT OF THE ATTORNEY
  GENERAL, STATE OF HAWAI'I
425 Queen Street
Honolulu, HI 96813
Telephone: (808) 586-1500
Fax: (808) 586-1239
Email: deirdre.marie-iha@hawaii.gov

*Attorneys for Plaintiff, State of Hawai'i*

COLLEEN ROH SINZDAK*
MITCHELL P. REICH*
ELIZABETH HAGERTY*
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, DC 20004
Telephone: (202) 637-5600
Fax: (202) 637-5910
Email:
neal.katyal@hoganlovells.com

THOMAS P. SCHMIDT*
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Fax: (212) 918-3100

SARA SOLOW*
ALEXANDER B. BOWERMAN*
HOGAN LOVELLS US LLP
1835 Market St., 29th Floor
Philadelphia, PA 19103
Telephone: (267) 675-4600
Fax: (267) 675-4601

*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs, State of Hawai'i and Ismail Elshikh*

## DECLARATION OF NEAL K. KATYAL IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION TO CLARIFY SCOPE OF PRELIMINARY INJUNCTION

I, NEAL K. KATYAL, hereby state and declare as follows:

1.      I am counsel for Plaintiffs, the State of Hawai'i and Ismail Elshikh.  I have personal knowledge of and am competent to testify to the truth of the matters stated herein.  This Declaration is submitted in support of Plaintiffs' Emergency Motion to Clarify Scope of Preliminary Injunction, filed concurrently herewith.

2.      Attached as Exhibit A is a true and correct copy of a Department of State cable, received by Plaintiffs from third parties on June 29, 2017, which purports to provide guidance to consular offices regarding enforcement of Section 2(c) of Executive Order 13780.

3.       Attached as Exhibit B is a true and correct copy of an untitled guidance document prepared by the Department of State and received by counsel for Plaintiffs from counsel for Defendants on June 29, 2017.   Counsel for Defendants represented that this guidance soon will be publicly available online.

4.      Attached as Exhibit C is a true and correct copy of Department of State guidance entitled "Executive Order on Visas" (June 29, 2017), *available at*: https://travel.state.gov/content/travel/en/news/important-announcement.html.

5.      Attached as Exhibit D is a true and correct copy of a transcript of a Department of State Special Briefing, "Background Briefing on the

Implementation of Executive Order 13780 Protecting the Nation from Foreign

Terrorist Entry into the United States" (June 29, 2017), *available at*:

https://www.state.gov/r/pa/prs/ps/2017/06/272281.htm.

6.      Attached as Exhibit E is a true and correct copy of a blank Reception

and Placement Assurance Form prepared by the Refugee Processing Center of

Arlington, Virginia, to be completed by a U.S.-based resettlement agency.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:      Washington, D.C., June 29, 2017.

*/s/ Neal K. Katyal*
Neal K. Katyal