| | |
|---|---|
| DOUGLAS S. CHIN (Bar No. 6465)<br>  Attorney General of the State of Hawai'i<br>DEPARTMENT OF THE ATTORNEY<br>  GENERAL, STATE OF HAWAI'I<br>425 Queen Street<br>Honolulu, HI 96813<br>Telephone: (808) 586-1500<br>Fax: (808) 586-1239<br>  *Attorneys for Plaintiff, State of Hawai'i* | NEAL K. KATYAL*<br>HOGAN LOVELLS US LLP<br>555 Thirteenth Street NW<br>Washington, DC 20004<br>Telephone: (202) 637-5600<br>Fax: (202) 637-5910<br>*Admitted Pro Hac Vice<br><br>  *Attorneys for Plaintiffs, State of*<br>  *Hawai'i and Ismail Elshikh* |

(See Next Page For Additional Counsel)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF HAWAI'I**

STATE OF HAWAI'I and ISMAIL ELSHIKH,

                Plaintiffs,

    v.

DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; JOHN F. KELLY, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF STATE; REX TILLERSON, in his official capacity as Secretary of State; and the UNITED STATES OF AMERICA,

                Defendants.

Civil Action No. 1:17-cv-00050-DKW-KSC

**<u>NOTICE OF PRELIMINARY INJUNCTION APPEAL</u>**

## ADDITIONAL COUNSEL

CLYDE J. WADSWORTH (Bar No. 8495)
Solicitor General of the State of Hawai'i
DEIRDRE MARIE-IHA (Bar No. 7923)
DONNA H. KALAMA (Bar No. 6051)
KIMBERLY T. GUIDRY (Bar No. 7813)
ROBERT T. NAKATSUJI (Bar No. 6743)
  Deputy Attorneys General
DEPARTMENT OF THE ATTORNEY
  GENERAL, STATE OF HAWAI'I
425 Queen Street
Honolulu, HI 96813
Telephone: (808) 586-1500
Fax: (808) 586-1239
Email: deirdre.marie-iha@hawaii.gov

*Attorneys for Plaintiff, State of Hawai'i*

COLLEEN ROH SINZDAK\*
MITCHELL P. REICH\*
ELIZABETH HAGERTY\*
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, DC 20004
Telephone: (202) 637-5600
Fax: (202) 637-5910
Email:
neal.katyal@hoganlovells.com

THOMAS P. SCHMIDT\*
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Fax: (212) 918-3100

SARA SOLOW\*
ALEXANDER B. BOWERMAN\*
HOGAN LOVELLS US LLP
1835 Market St., 29th Floor
Philadelphia, PA 19103
Telephone: (267) 675-4600
Fax: (267) 675-4601

*\*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs, State of Hawai'i and Ismail Elshikh*

# **NOTICE OF PRELIMINARY INJUNCTION APPEAL**

PLEASE TAKE NOTICE that all Plaintiffs in the above-named case hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's July 6, 2017 Order Denying Plaintiffs' Emergency Motion to Clarify Scope of Preliminary Injunction (ECF No. 322).

DATED: Washington, D.C., July 7, 2017.

Respectfully submitted,

*/s/ Neal K. Katyal*

| | |
|---|---|
| DOUGLAS S. CHIN (Bar No. 6465)<br>  Attorney General of the State of Hawaiʻi<br>CLYDE J. WADSWORTH (Bar No. 8495)<br>  Solicitor General of the State of Hawaiʻi<br>DEIRDRE MARIE-IHA (Bar No. 7923)<br>DONNA H. KALAMA (Bar No. 6051)<br>KIMBERLY T. GUIDRY (Bar No. 7813)<br>ROBERT T. NAKATSUJI (Bar No. 6743)<br>  Deputy Attorneys General<br>DEPARTMENT OF THE ATTORNEY<br>  GENERAL, STATE OF HAWAIʻI<br><br>*Attorneys for Plaintiff, State of Hawaiʻi* | NEAL K. KATYAL\*<br>COLLEEN ROH SINZDAK\*<br>MITCHELL P. REICH\*<br>ELIZABETH HAGERTY\*<br>THOMAS P. SCHMIDT\*<br>SARA SOLOW\*<br>ALEXANDER B. BOWERMAN\*<br>HOGAN LOVELLS US LLP<br><br>\**Admitted Pro Hac Vice*<br><br>*Attorneys for Plaintiffs, State of Hawaiʻi and Ismail Elshikh* |