JEFFREY B. WALL
*Acting Solicitor General*
CHAD A. READLER
*Acting Assistant Attorney General*
ELLIOT ENOKI (No. 1528)
*Acting United States Attorney*
EDRIC M. CHING (No. 6697)
*Assistant United States Attorney*
JOHN R. TYLER
*Assistant Branch Director*
BRAD P. ROSENBERG (DC Bar No. 467513)
MICHELLE R. BENNETT (CO Bar No. 37050)
DANIEL SCHWEI (NY Bar)
*Trial Attorneys*
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel: (202) 514-3374; Fax: (202) 616-8460
E-mail: brad.rosenberg@usdoj.gov
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAI'I and ISMAIL ELSHIKH,<br><br>     *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; JOHN F. KELLY, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF STATE; REX TILLERSON, in his official capacity as Secretary of State; and the UNITED STATES OF AMERICA,<br><br>     *Defendants*. | No. 1:17-cv-00050-DKW-KSC<br><br>**NOTICE OF APPEAL**<br><br>Judge: Hon. Derrick K. Watson |

## **NOTICE OF APPEAL**

PLEASE TAKE NOTICE that all Defendants in the above-named case hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's July 13, 2017 Order Granting in Part and Denying in Part Plaintiffs' Motion to Enforce, or, in the Alternative, to Modify Preliminary Injunction (ECF No. 345), as well as all prior orders and decisions that merge into that Order.

Dated: July 14, 2017

Respectfully submitted,

JEFFREY B. WALL
*Acting Solicitor General*

CHAD A. READLER
*Acting Assistant Attorney General*

ELLIOT ENOKI (No. 1528)
*Acting United States Attorney*
EDRIC M. CHING (No. 6697)
*Assistant United States Attorney*

JOHN R. TYLER
*Assistant Director, Federal Programs Branch*

*/s/ Michelle R. Bennett*
BRAD P. ROSENBERG (DC Bar. No. 467513)
MICHELLE R. BENNETT (CO Bar. No. 37050)
DANIEL SCHWEI (NY Bar)
*Trial Attorneys*
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C.  20530
Tel:  (202) 514-3374
Fax:  (202) 616-8460
E-mail:  brad.rosenberg@usdoj.gov
E-mail: michelle.bennett@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 14th day of July, 2017, by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

<u>Served Electronically through CM/ECF:</u>

| | |
|---|---|
| Alexander Bowerman | alexander.bowerman@hoganlovells.com |
| Clyde J. Wadsworth | clyde.j.wadsworth@hawaii.gov |
| Colleen Roh Sinzdak | colleen.rohsinzdak@hoganlovells.com |
| Deirdre Marie-Iha | deirdre.marie-iha@hawaii.gov |
| Donna H. Kalama | Donna.H.Kalama@hawaii.gov |
| Douglas S.G. Chin | hawaiig@hawaii.gov |
| Elizabeth Hagerty | elizabeth.hagerty@hoganlovells.com |
| Kimberly T. Guidry | kimberly.t.guidry@hawaii.gov |
| Mitchell Reich | mitchell.reich@hoganlovells.com |
| Neal Katyal | neal.katyal@hoganlovells.com |
| Robert T. Nakatsuji | robert.t.nakatsuji@hawaii.gov |
| Sara Solow | sara.solow@hoganlovells.com |
| Thomas Schmidt | thomas.schmidt@hoganlovells.com |

Date:  July 14, 2017

*/s/ Michelle R. Bennett*
Michelle R. Bennett
*Trial Attorney*
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, N.W.
Washington, DC 20530
Tel: (202) 305-8902
Fax: (202) 616-8470
E-mail: michelle.bennett@usdoj.gov

*Attorney for Defendants*