FILED

JUL 24 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STATE OF HAWAII; ISMAIL ELSHIKH, <br><br>Plaintiffs-Appellees, <br><br>v. <br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; JOHN F. KELLY, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF STATE; REX W. TILLERSON, in his official capacity as Secretary of State; UNITED STATES OF AMERICA, <br><br>Defendants-Appellants. | No.   17-16426 <br><br>D.C. No. 1:17-cv-00050-DKW-KSC District of Hawaii, Honolulu <br><br>ORDER |

Before: HAWKINS, GOULD, and PAEZ, Circuit Judges.

The Government's motion to stay pending appeal, Dkt. No. 3, is denied as moot. The briefing schedule entered at Dkt. No. 2 is vacated. The parties' joint motion to expedite the briefing and consideration of the merits of this appeal, Dkt. No. 6, is granted.

The briefing schedule shall proceed as follows: the opening brief and excerpts of record are due July 27, 2017; the answering brief and supplemental excerpts of record (if any) are due August 3, 2017; and the reply brief is due August 9, 2017. Any amicus briefs are due August 3, 2017. Oral argument is

presently not scheduled, but if the panel later concludes that oral argument is necessary, argument will be scheduled by the panel as soon as practicable after briefing concludes.