UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 14 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

STATE OF HAWAII and ISMAIL ELSHIKH,

        Plaintiffs-Appellees,

 v.

DONALD J. TRUMP, in his official capacity as President of the United States; et al.,

        Defendants-Appellants.

No.   17-16426

D.C. No. 1:17-cv-00050-DKW-KSC
District of Hawaii, Honolulu

ORDER

Before: HAWKINS, GOULD, and PAEZ, Circuit Judges.

In light of the Supreme Court's September 12, 2017 order, the mandate in this case is stayed with regards to the portions of opinion that address refugees covered by formal assurances pending further action of the Court. The modified injunction requiring the Government to allow grandparents, grandchildren, brothers-in-law, sisters-in-law, aunts, uncles, nieces, nephews, and cousins of persons in the United States, however, remains in effect as it has never been stayed and is not stayed by the Supreme Court's September 12, 2017 order.