## DECLARATION OF DONALD O. STRANEY

I, Donald O. Straney, do declare and would competently testify as follows.

1. I am Vice President for Academic Planning and Policy, at the University of Hawaiʻi System ("University"). I started in this position on August 1, 2017. From 2010 to 2017, I served as chancellor at the University of Hawaiʻi at Hilo. I served on the board of directors of the Hawaiʻi Island Chamber of Commerce and the Hawaiʻi County Workforce Development Board. Previously, I served eight years as dean of the College of Science and Professor of Biology at California State Polytechnic University, Pomona. As Vice President for Academic Planning and Policy, I serve as the chief academic officer for the University with overall responsibility for leadership, planning and intercampus coordination of academic affairs, student affairs, policy and planning, institutional research and analysis, international and strategic initiatives and Hawaiʻi P-20 Partnerships for Education.

2. The University was founded in 1907 and includes three universities, seven community colleges, and community-based learning centers across six of the Hawaiian Islands.

**EXHIBIT F**

3. The University is a leading engine for economic growth and diversification in Hawai'i. The University stimulates the local economy with jobs, research, and skilled workers.

4. The University is a unique and important institution in our island State, and in our nation. Because of Hawaii's geographic isolation, the University is able to offer unique research and employment opportunities in the fields of astronomy and oceanography.

5. Hawaii's location in the Pacific Ocean, balanced between east and west, creates opportunities for international leadership and collaboration.

6. I am aware that President Trump issued an executive order on January 27, 2017, which temporarily banned travel from seven Muslim-majority countries. I am also aware that on March 6, 2017, President Trump issued a new executive order that temporarily banned travel from six Muslim-majority countries, and did not apply to legal permanent residents or other designated, limited, and narrow categories of non-citizens. I also aware that on September 24, 2017, President Trump issued a third proclamation instituting a permanent travel ban. The new executive order applies to eight countries, six of which are majority-Muslim. My understanding is that under the new order, the issuance of immigrant visas to nationals of seven countries—Chad, Iran, Libya, North Korea, Somalia, Syria, and Yemen–is indefinitely suspended. My understanding is also that under

the new order, the issuance of many classes of visitor visas to nationals of the eight countries is suspended. I have also been informed that these new bars to travel to the United States apply regardless of whether the person in question poses any individualized threat of violence or any connection to terrorist activities.

7. The University is an international institution. This is reflected in our diverse faculty, which includes approximately 313 international faculty and scholars from 48 different countries. Throughout the University, we have 493 separate international agreements with 357 institutions in 40 different countries, providing opportunities for learning and collaboration for our faculty and scholars.

8. As with all institutions of higher learning, the scholarship and community of the University rely upon the collaborative exchanges of ideas and research partnerships. The University relies upon faculty, teaching, research, conferences, and program activities that regularly require travel outside the United States. The new travel ban will undermine the University's ability to fully engage in the international exchange of ideas and research partnerships. Current faculty and scholar members and students at the University who are nationals of the eight designated countries, or who have close family members who are nationals of the eight designated countries, may be reluctant to remain at the University given the inability for certain family members and colleagues from abroad to immigrate and live with them or visit them here. Likewise, prospective faculty members, visiting

scholars, and students from the eight designated countries could be blocked altogether from coming to the University—or highly dissuaded from doing so, given the travel ban's effect on some of their relatives. This uncertainty threatens the University's recruitment, educational programming, and educational mission.

9. The travel ban will also hinder the diversity of thought and experience that forms the backbone of any institution of higher education. A diverse student body is part of the educational experience for all students. Given my experience in higher education, I expect that the new executive order will deter students, scholars, and faculty from attending our institution–including both persons from the eight directly affected countries, but also persons from other countries and communities around the globe.

10. The executive order will directly impact the faculty and student body at the University in a number of ways.

11. I am concerned that the environment caused by these federal orders might dissuade some of our current professors or scholars from continuing their work in the United States and at our institution.

12. International students are also critical to the University's student body. At the University presently, there are 973 international students, 526 of them graduate students. Twenty of these international students are from the 8 designated countries, specifically from Chad, Iran, Libya, North Korea, Somalia,

4

Syria, Venezuela, or Yemen. These students attend our institution under valid visas issued by the United States government. They study and work alongside the University's many thousands of other students. Many of these current students at the University could be affected by the new travel ban, because certain family members from the eight designated countries will not be able to obtain visas to temporarily live with them here or even visit them here.

13. Although it is too soon to determine the full impact of the new executive order on the University's future admission pool, international applications for undergraduate students and graduate students may be negatively impacted. The University receives applications from, and offers admissions to, students from the 8 designated countries. For Fall 2017, the University received 45 graduate applications from individuals from the eight affected countries and extended offers to at least 18 applicants. For Spring 2018, the University received 5 graduate applications from individuals from the eight affected countries. The University expects that under ordinary circumstances, it would continue to receive applications from –and offer admissions to—students from any of the 8 designated countries for the Fall 2018 Term.

14. The University expects that the ban may negatively impact our students and institution. Students from the eight affected countries will be unable to bring significant others who are nationals of the affected countries with them to

the University and they will be unable to receive visitors from some family members who are nationals of their home countries. Together these impacts may chill these students' desire to enroll in the University as compared to universities in other countries.

15. Finally, the travel ban will affect the ability of faculty and students at the University to have the freedom to fully engage in their fields of study. It will prevent them from hosting speakers or visitors from the eight designated countries. It will prevent them from planning international exchange events.

16. As with the State of Hawai'i generally, the University prides itself on a reputation of inclusiveness, tolerance, and diversity. The new travel ban threatens this reputation, and our ability to fully embrace our priority as a global university and one of the most diverse institutions of higher education.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: October 6, 2017, in Honolulu, Hawai'i.

_____
DONALD O. STRANEY