DOUGLAS S. CHIN (Bar No. 6465)
  Attorney General of the State of Hawaii
CLYDE J. WADSWORTH (Bar No. 8495)
  Solicitor General of the State of Hawaii
DEIRDRE MARIE-IHA (Bar No. 7923)
DEPARTMENT OF THE ATTORNEY
  GENERAL, STATE OF HAWAII
425 Queen Street
Honolulu, HI 96813
Telephone: (808) 586-1500
Fax: (808) 586-1239
Email: deirdre.marie-iha@hawaii.gov
  *Attorneys for Plaintiff, State of Hawaii*

NEAL K. KATYAL*
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, DC 20004
Telephone: (202) 637-5600
Fax: (202) 637-5910
Email:
neal.katyal@hoganlovells.com

*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

(See Next Page For Additional Counsel)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAII, ISMAIL ELSHIKH, JOHN DOES 1 & 2, and MUSLIM ASSOCIATION OF HAWAII, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE DUKE, in her official capacity as Acting Secretary of Homeland Security; U.S. DEPARTMENT OF STATE; REX TILLERSON, in his official capacity as Secretary of State; and the UNITED STATES OF AMERICA, <br><br> Defendants. | **JOINT NOTICE REGARDING STIPULATION TO CONVERT TEMPORARY RESTRAINING ORDER TO PRELIMINARY INJUNCTION; JOINT STIPULATION TO CONVERT TEMPORARY RESTRAINING ORDER TO PRELIMINARY INJUNCTION; CERTIFICATE OF SERVICE** <br><br> Civil Action No. 1:17-cv-00050-DKW-KSC |

# ADDITIONAL COUNSEL

DONNA H. KALAMA (Bar No. 6051)
KIMBERLY T. GUIDRY (Bar No. 7813)
ROBERT T. NAKATSUJI (Bar No. 6743)
KALIKOʻONALANI D. FERNANDES
  (Bar No. 9964)
KEVIN M. RICHARDSON (Bar No. 10224)
  Deputy Attorneys General
DEPARTMENT OF THE ATTORNEY
  GENERAL, STATE OF HAWAII
425 Queen Street
Honolulu, HI 96813
Telephone: (808) 586-1500
Fax: (808) 586-1239

*Attorneys for Plaintiff, State of Hawaii*

COLLEEN ROH SINZDAK*
MITCHELL P. REICH*
ELIZABETH HAGERTY*
YURI S. FUCHS*
SUNDEEP IYER*[†]
REEDY C. SWANSON*[††]
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, DC 20004
Telephone: (202) 637-5600
Fax: (202) 637-5910

THOMAS P. SCHMIDT*
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Fax: (212) 918-3100

SARA SOLOW*
ALEXANDER B. BOWERMAN*
HOGAN LOVELLS US LLP
1735 Market St., 23rd Floor
Philadelphia, PA 19103
Telephone: (267) 675-4600
Fax: (267) 675-4601

*\*Admitted Pro Hac Vice*
[†]*Admitted only in Maryland;
supervised by firm members*
[††]*Admitted only in Virginia;
supervised by firm members*

*Attorneys for Plaintiffs*

## JOINT NOTICE REGARDING STIPULATION TO CONVERT TEMPORARY RESTRAINING ORDER TO PRELIMINARY INJUNCTION

On October 17, 2017, this Court issued a temporary restraining order ("TRO") prohibiting Defendants from enforcing the Proclamation issued on September 24, 2017, entitled "Enhancing Vetting Capabilities and Processes for Detecting Attempted Entry into the United Stated States by Terrorists or Other Public-Safety Threats," across the Nation.  Dkt. 387.  The Court also ordered the parties to submit a stipulated briefing and hearing schedule to determine whether the TRO should be extended, or to "promptly indicate whether they jointly consent to the conversion of this Temporary Restraining Order to a Preliminary Injunction without the need for additional briefing or a hearing."  *Id.* at 39.

The parties, having met and conferred, stipulate and agree that the TRO shall be converted to a Preliminary Injunction.  The parties' joint stipulation regarding conversion is attached hereto and is being submitted to chambers consistent with Local Rules 10.4 and 100.8.2.  The Government reserves its right to appeal the injunction.

The Government wishes to note, however, that it has requested that the Supreme Court vacate as moot the Ninth Circuit's prior decision, relied on by the district court as precedent.  And the Government will notify the Supreme Court of further developments regarding mootness after Section 6(a)'s review process

expires on October 24, 2017.  *See* Letter Brief Regarding Mootness, *Trump* v. *Hawaii*, No. 16-1540 (Oct. 5, 2017); *cf. Trump* v. *IRAP*, No. 16-1436, --- S. Ct. ---, 2017 WL 4518553 (Oct. 10, 2017) (vacating the Fourth Circuit's decision as moot due to expiration of Section 2(c) of EO-2 on September 24, 2017).  Accordingly, to the extent vacatur of the Ninth Circuit's decision would affect this Court's decision regarding conversion of its temporary restraining order to a preliminary injunction, the Government notes that the Court may wish to wait until after the Supreme Court acts on the Government's request for vacatur.  *See Camreta v. Greene*, 563 U.S. 692, 713 (2011) ("The point of vacatur is to prevent an unreviewable decision 'from spawning any legal consequences[.]'" (quoting *United States v. Munsingwear, Inc.*, 340 U.S. 36, 40-41 (1950))).

      Plaintiffs note that the Supreme Court has not vacated the Ninth Circuit's opinion.  Moreover, even if the Supreme Court does ultimately vacate that opinion, that vacatur order would "express no view on the merits," *IRAP*, 2017 WL 4518553, and "a vacated opinion still carries informational and perhaps even persuasive or precedential value," *DHX, Inc.* v. *Allianz AGF MAT, Ltd.*, 425 F.3d 1169, 1176 (9th Cir. 2005) (Beezer, J., concurring) (collecting cases).  For the reasons set forth in the Ninth Circuit's opinion in *Hawaii* v. *Trump*, 859 F.3d 741 (9th Cir. 2017), and in Plaintiffs' memorandum and reply in support of a TRO, the Ninth Circuit's and this Court's holdings regarding the meaning of 8 U.S.C.

2

§§ 1152(a)(1)(A), 1182(f), and 1185(a) are entirely correct.  Therefore, Plaintiffs respectfully submit that there is no reason for this Court to delay conversion.

In addition, Plaintiffs continue to reserve their right to seek leave to amend their complaint to challenge any future actions regarding refugees, as appropriate. *See* Mem. 5-6 n.3, Dkt. No. 368-1.

DATED: Washington, DC, October 20, 2017.

/s/ Neal K. Katyal

| | |
|---|---|
| DOUGLAS S. CHIN (Bar No. 6465)<br>  Attorney General of the State of Hawaii<br>CLYDE J. WADSWORTH (Bar No. 8495)<br>  Solicitor General of the State of Hawaii<br>DEIRDRE MARIE-IHA (Bar No. 7923)<br>DONNA H. KALAMA (Bar No. 6051)<br>KIMBERLY T. GUIDRY (Bar No. 7813)<br>ROBERT T. NAKATSUJI (Bar No. 6743)<br>KALIKOʻONALANI D. FERNANDES<br>  (Bar No. 9964)<br>KEVIN M. RICHARDSON (Bar No. 10224)<br>  Deputy Attorneys General<br>DEPARTMENT OF THE ATTORNEY<br>  GENERAL, STATE OF HAWAII<br><br>*Attorneys for Plaintiff, State of Hawaii* | NEAL K. KATYAL*<br>COLLEEN ROH SINZDAK*<br>MITCHELL P. REICH*<br>ELIZABETH HAGERTY*<br>YURI S. FUCHS*<br>SUNDEEP IYER*[†]<br>REEDY C. SWANSON*[††]<br>THOMAS P. SCHMIDT*<br>SARA SOLOW*<br>ALEXANDER B. BOWERMAN*<br>HOGAN LOVELLS US LLP<br><br>*Admitted Pro Hac Vice<br>[†]*Admitted only in Maryland; supervised by firm members*<br>[††]*Admitted only in Virginia; supervised by firm members*<br><br>*Attorneys for Plaintiffs* |

3