| | |
|---|---|
| DOUGLAS S. CHIN (Bar No. 6465)<br>  Attorney General of the State of Hawaii<br>CLYDE J. WADSWORTH (Bar No. 8495)<br>  Solicitor General of the State of Hawaii<br>DEIRDRE MARIE-IHA (Bar No. 7923)<br>DEPARTMENT OF THE ATTORNEY<br>  GENERAL, STATE OF HAWAII<br>425 Queen Street<br>Honolulu, HI 96813<br>Telephone: (808) 586-1500<br>Fax: (808) 586-1239<br>Email: deirdre.marie-iha@hawaii.gov<br>  *Attorneys for Plaintiff, State of Hawaii* | NEAL K. KATYAL*<br>HOGAN LOVELLS US LLP<br>555 Thirteenth Street NW<br>Washington, DC 20004<br>Telephone: (202) 637-5600<br>Fax: (202) 637-5910<br>Email:<br>neal.katyal@hoganlovells.com<br><br>*Admitted Pro Hac Vice<br><br>*Attorneys for Plaintiffs* |

(See Next Page For Additional Counsel)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAII, ISMAIL ELSHIKH, JOHN DOES 1 & 2, and MUSLIM ASSOCIATION OF HAWAII, INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; ELAINE DUKE, in her official capacity as Acting Secretary of Homeland Security; U.S. DEPARTMENT OF STATE; REX TILLERSON, in his official capacity as Secretary of State; and the UNITED STATES OF AMERICA,<br><br>    Defendants. | **JOINT STIPULATION TO CONVERT TEMPORARY RESTRAINING ORDER TO PRELIMINARY INJUNCTION**<br><br>Civil Action No. 1:17-cv-00050-DKW-KSC |

## ADDITIONAL COUNSEL

DONNA H. KALAMA (Bar No. 6051)
KIMBERLY T. GUIDRY (Bar No. 7813)
ROBERT T. NAKATSUJI (Bar No. 6743)
KALIKOʻONALANI D. FERNANDES
  (Bar No. 9964)
KEVIN M. RICHARDSON (Bar No. 10224)
  Deputy Attorneys General
DEPARTMENT OF THE ATTORNEY
  GENERAL, STATE OF HAWAII
425 Queen Street
Honolulu, HI 96813
Telephone: (808) 586-1500
Fax: (808) 586-1239

*Attorneys for Plaintiff, State of Hawaii*

COLLEEN ROH SINZDAK*
MITCHELL P. REICH*
ELIZABETH HAGERTY*
YURI S. FUCHS*
SUNDEEP IYER*[†]
REEDY C. SWANSON*[††]
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, DC 20004
Telephone: (202) 637-5600
Fax: (202) 637-5910

THOMAS P. SCHMIDT*
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Fax: (212) 918-3100

SARA SOLOW*
ALEXANDER B. BOWERMAN*
HOGAN LOVELLS US LLP
1735 Market St., 23rd Floor
Philadelphia, PA 19103
Telephone: (267) 675-4600
Fax: (267) 675-4601

*Admitted Pro Hac Vice*
[†]*Admitted only in Maryland; supervised by firm members*
[††]*Admitted only in Virginia; supervised by firm members*

*Attorneys for Plaintiffs*

# JOINT STIPULATION TO CONVERT TEMPORARY RESTRAINING ORDER TO PRELIMINARY INJUNCTION

Pursuant to Local Rule 10.4, Plaintiffs State of Hawaii, Ismail Elshikh, John Does 1 & 2, and the Muslim Association of Hawaii (collectively, "Plaintiffs"), and Defendants Donald J. Trump, U.S. Department of Homeland Security, Elaine Duke, U.S. Department of State, Rex Tillerson, and the United States of America (collectively, "Defendants"), by their respective counsel, hereby agree and stipulate that the Court's October 17, 2017 Order Granting Motion for Temporary Restraining Order, Dkt. 387, shall be converted to a preliminary injunction. Defendants reserve their right to appeal the injunction.

DATED: Washington, DC, October 20, 2017.

/s/ Neal K. Katyal

| | |
|---|---|
| DOUGLAS S. CHIN (Bar No. 6465)<br>  Attorney General of the State of Hawaii<br>CLYDE J. WADSWORTH (Bar No. 8495)<br>  Solicitor General of the State of Hawaii<br>DEIRDRE MARIE-IHA (Bar No. 7923)<br>DONNA H. KALAMA (Bar No. 6051)<br>KIMBERLY T. GUIDRY (Bar No. 7813)<br>ROBERT T. NAKATSUJI (Bar No. 6743)<br>KALIKOʻONALANI D. FERNANDES<br>  (Bar No. 9964)<br>KEVIN M. RICHARDSON (Bar No. 10224)<br>  Deputy Attorneys General<br>DEPARTMENT OF THE ATTORNEY<br>  GENERAL, STATE OF HAWAII<br><br>*Attorneys for Plaintiff, State of Hawaii* | NEAL K. KATYAL*<br>COLLEEN ROH SINZDAK*<br>MITCHELL P. REICH*<br>ELIZABETH HAGERTY*<br>YURI S. FUCHS*<br>SUNDEEP IYER*[†]<br>REEDY C. SWANSON*[††]<br>THOMAS P. SCHMIDT*<br>SARA SOLOW*<br>ALEXANDER B. BOWERMAN*<br>HOGAN LOVELLS US LLP<br><br>*Admitted Pro Hac Vice<br>[†]*Admitted only in Maryland; supervised by firm members*<br>[††]*Admitted only in Virginia; supervised by firm members*<br><br>*Attorneys for Plaintiffs* |

1

CHAD A. READLER
  Acting Assistant Attorney General
ELLIOT ENOKI
  Acting United States Attorney
EDRIC M. CHING
  Assistant United States Attorney
JOHN R. TYLER
  Assistant Director, Federal Programs Branch

*/s/ Michelle R. Bennett*
MICHELLE R. BENNETT
DANIEL SCHWEI
  Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE

*Attorneys for Defendants*

APPROVED AND SO ORDERED:

DATED: October 20, 2017 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*State of Hawaii, et al. v. Trump, et al.*, Case No. 17-00050-DKW-KSC;
STIPULATION AND ORDER CONVERTING TEMPORARY RESTRAINING ORDER TO PRELIMINARY INJUNCTION

2