IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| STATE OF HAWAII, ISMAIL ELSHIKH, JOHN DOES 1 & 2, and MUSLIM ASSOCIATION OF HAWAII, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Civil No. 17-00050 DKW-KSC<br><br>**PRELIMINARY INJUNCTION** |

The Court enters the following Preliminary Injunction pursuant to the Joint Stipulation to Convert Temporary Restraining Order to Preliminary Injunction, entered October 20, 2017:

**PRELIMINARY INJUNCTION**

It is hereby ADJUDGED, ORDERED, and DECREED that:

Defendant ELAINE DUKE, in her official capacity as Acting Secretary of Homeland Security; REX W. TILLERSON, in his official capacity as Secretary of State; and all their respective officers, agents, servants, employees, and attorneys, and persons in active concert or participation with them who receive actual notice of

this Order, hereby are enjoined fully from enforcing or implementing Sections 2(a), (b), (c), (e), (g), and (h) of the Proclamation issued on September 24, 2017, entitled "Enhancing Vetting Capabilities and Processes for Detecting Attempted Entry into the United States by Terrorists or Other Public-Safety Threats" across the Nation. Enforcement of these provisions in all places, including the United States, at all United States borders and ports of entry, and in the issuance of visas is prohibited, pending further orders from this Court.

No security bond is required under Federal Rule of Civil Procedure 65(c).

The Court declines to stay this ruling or hold it in abeyance should an appeal of this order be filed.

IT IS SO ORDERED.

Dated: October 20, 2017 at Honolulu, Hawaiʻi.



Derrick K. Watson
United States District Judge

*State of Hawaii, et al. v. Trump, et al.*; CV 17-00050 DKW-KSC; **PRELIMINARY INJUNCTION**