UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

# FILED

OCT 26 2017



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF HAWAII and ISMAIL ELSHIKH,<br><br>　　　　　　Plaintiffs-Appellees,<br><br>　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; et al.,<br><br>　　　　　Defendants-Appellants. | No.　17-17168<br><br>D.C. No.<br>1:17-cv-00050-DKW-KSC<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

Before:  HAWKINS, GOULD, and PAEZ, Circuit Judges.

Appellants' request for an immediate administrative stay, contained in the motion for an emergency stay, will be addressed together with the emergency motion.

The briefing schedule for this appeal is amended to reflect that any amicus brief is due November 22, 2017.

Oral argument will take place on December 6, 2017, at 2:00 p.m. PST in Seattle, Washington.  Each side will be allocated 30 minutes of time.

AT/MOATT