UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 20 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF HAWAII; et al.,<br><br>    Plaintiffs-Appellees,<br><br>STATE OF CALIFORNIA; et al.,<br><br>    Intervenors-Pending,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; et al.,<br><br>    Defendants-Appellants. | No.  17-17168<br><br>D.C. No.<br>1:17-cv-00050-DKW-KSC<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

Before: HAWKINS, GOULD, and PAEZ, Circuit Judges.

States' Emergency Motion to Intervene Under Federal Rule 24 and Circuit Rule 27-3 (Dkt. 11) is DENIED. The States of Washington, California, Maryland, Massachusetts, New York, and Oregon may proceed as amici under the timeline specified in the Court's October 26, 2017 Order.