UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 04 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF HAWAII and ISMAIL ELSHIKH,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; et al.,<br><br>        Defendants - Appellants. | No. 17-16426<br><br>D.C. No. 1:17-cv-00050-DKW-KSC<br>U.S. District Court for Hawaii, Honolulu<br><br>**MANDATE** |

The judgment of this Court, entered September 07, 2017, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Howard Hom
Deputy Clerk
Ninth Circuit Rule 27-7