# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

January 5, 2018

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

  Re: Donald J. Trump, President of the United States, et al.
     v. Hawaii, et al.

  No. 17-965
  (Your No. 17-17168)

Dear Clerk:

  The petition for a writ of certiorari in the above entitled case was filed on January 5, 2018 and placed on the docket January 5, 2018 as No. 17-965.

          Sincerely,

          **Scott S. Harris**, Clerk

          by

          Danny Bickell
          Deputy Clerk