

17-17168 State of Hawaii, et al v. Donald Trump, et al "Supreme Court Certiorari Case Information"
ca9_ecfnoticing
to:
01/31/2018 07:16 AM
Hide Details
From: ca9_ecfnoticing@ca9.uscourts.gov
To:

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 01/31/2018 at 9:15:29 AM PST and filed on 01/31/2018

**Case Name:** State of Hawaii, et al v. Donald Trump, et al
**Case Number:** 17-17168

**Docket Text:**
**Supreme Court Case Info**
Case number: 17-965
Filed on: 01/05/2018
Cert Petition Action 1: Granted, 01/19/2018
[10745460] (Roberts, Rhonda)

**Notice will be electronically mailed to:**

Mr. Amir Ali
Xavier Becerra, Attorney General
Lynne Bernabei
Ms. Nicole G. Berner
Richard Bernstein, Attorney
Mr. Alexander Biays Bowerman
Mr. H. Thomas Byron, III, Attorney
Marsha J. Chien, Assistant Attorney General
Mr. Douglas Chin, Attorney General
Ms. Anisha S. Dasgupta
Mr. Donald Francis Donovan, Attorney
Ms. Anne E. Egeler, Deputy Solicitor
Meir Feder
Aaron Fellmeth

Kaliko'Onalani Diara Fernandes, Deputy Solicitor
Alexandra Robert Gordon, Deputy Attorney General
Eric J. Gorman
Mrs. Kimberly Tsumoto Guidry
Elizabeth Hagerty
Christopher Hajec
Lindsay Harrison, Attorney
Maura T. Healey, Assistant Attorney General
Marc A. Hearron
Mr. Sundeep Iyer
Mr. Daniel E. Jackson, Attorney
Alan Robert Kabat
Ms. Donna H. Kalama
Mr. Scott Jonathan Kaplan
Mr. Peter Karanjia
Mr. Richard Brian Katskee, Counsel
Neal Kumar Katyal
Mr. Scott A. Keller, Attorney
Mr. James Wayne Kim
Mr. John Lewis
Michelle L. Maley
Ms. Deirdre Marie-Iha
Professor Fatma Essam Marouf, Attorney
Patricio Antonio Marquez, Attorney
Mr. Joseph M McMillan, Attorney
Colleen M. Melody, Assistant Attorney General
Enrique Antonio Monagas, Deputy Attorney General
Mr. Hashim M. Mooppan
Anne Murphy, Trial Attorney
Mr. Robert Tadao Nakatsuji
Tamar Pachter, Supervising Deputy Attorney General
Kelly A. Paradis, Assistant Attorney General
Mr. Thomas S. Patterson, Supervisory Attorney
Mr. Andrew John Pincus
Mr. Noah G. Purcell, Solicitor
Ms. Noelle M. Reed
Mr. Mitchell Reich
Mr. Kevin M. Richardson, Deputy Assistant Attorney General
Mr. Brad Prescott Rosenberg, Trial Attorney
Cameron Russell
Thomas Schmidt, Associate
Alan E. Schoenfeld
Mr. Pratik A. Shah, Attorney
Benjamin G. Shatz, Attorney
Angela Sierra
Colleen Sinzdak
Mr. Matthew E. Sloan, Counsel
Ms. Benna Ruth Solomon, Deputy Corporation Counsel
Sara Solow

Lowell Sturgill, Jr., Attorney
Mr. Steven Sullivan, Assistant Attorney General
Mr. Reedy Swanson, Attorney
Ms. Sharon Swingle
Herbert W. Titus
Mr. Brett R. Tobin, Attorney
USDC, Honolulu
Barbara D. Underwood, Solicitor General
Mr. Clyde James Wadsworth
Mr. Jeffrey Bryan Wall, Attorney
Mr. Robert Wiygul
Ms. Elizabeth B. Wydra, Chief Counsel

Yolanda Cher Rondon, Attorney (*daily summary*)


The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 10745460
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 12816279, 12816280