**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 21 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF HAWAII; et al.,<br><br>    Plaintiffs-Appellees,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; et al.,<br><br>    Defendants-Appellants. | No.   17-17168<br><br>D.C. No.<br>1:17-cv-00050-DKW-KSC<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

Before: HAWKINS, GOULD, and PAEZ, Circuit Judges.

Amicus Curiae Technology Companies' Motion to Withdraw Appearance of John T. Lewis is GRANTED.