RUSSELL A. SUZUKI (Bar No. 2084)
  Attorney General of the State of Hawaii
CLYDE J. WADSWORTH (Bar No. 8495)
  Solicitor General of the State of Hawaii
DEIRDRE MARIE-IHA (Bar No. 7923)
DEPARTMENT OF THE ATTORNEY
  GENERAL, STATE OF HAWAII
425 Queen Street
Honolulu, HI 96813
Telephone: (808) 586-1500
Fax: (808) 586-1239
Email: deirdre.marie-iha@hawaii.gov

  *Attorneys for Plaintiff, State of Hawaii*

NEAL K. KATYAL*
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, DC 20004
Telephone: (202) 637-5600
Fax: (202) 637-5910
Email:
neal.katyal@hoganlovells.com

*Admitted Pro Hac Vice*

  *Attorney for Plaintiffs*

(See Next Page for Additional Counsel)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STATE OF HAWAII, ISMAIL ELSHIKH, JOHN DOES 1 & 2, and MUSLIM ASSOCIATION OF HAWAII, INC., <br><br>  Plaintiffs, <br><br>  v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; KIRSTJEN M. NIELSEN, in her official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF STATE; MIKE POMPEO, in his official capacity as Secretary of State; and the UNITED STATES OF AMERICA, <br><br>  Defendants. | **NOTICE OF VOLUNTARY DISMISSAL** <br><br> Civil Action No. 1:17-cv-00050-DKW-KSC |

## ADDITIONAL COUNSEL

KIMBERLY T. GUIDRY (Bar No. 7813)
ROBERT T. NAKATSUJI (Bar No. 6743)
KALIKOʻONALANI D. FERNANDES
  (Bar No. 9964)
KEVIN M. RICHARDSON (Bar No. 10224)
  Deputy Attorneys General
DEPARTMENT OF THE ATTORNEY
  GENERAL, STATE OF HAWAII
425 Queen Street
Honolulu, HI 96813
Telephone: (808) 586-1500
Fax: (808) 586-1239

*Attorneys for Plaintiff, State of Hawaii*

COLLEEN ROH SINZDAK*
MITCHELL P. REICH*
ELIZABETH HAGERTY*
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, DC 20004
Telephone: (202) 637-5600
Fax: (202) 637-5910

THOMAS P. SCHMIDT*
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Fax: (212) 918-3100

SARA SOLOW*
ALEXANDER B. BOWERMAN*
HOGAN LOVELLS US LLP
1735 Market St., 23rd Floor
Philadelphia, PA 19103
Telephone: (267) 675-4600
Fax: (267) 675-4601

*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

# NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs State of Hawaii, Ismail Elshikh, John Does 1 & 2, and the Muslim Association of Hawaii hereby give notice that the above-captioned action is dismissed as to all parties and claims.  Such dismissal is without prejudice.  Fed. R. Civ. P. 41(a)(1)(B).

DATED: Washington, DC, August 13, 2018.

Respectfully submitted,

*/s/ Neal K. Katyal*

| | |
|---|---|
| RUSSELL A. SUZUKI (Bar No. 6465)<br>  Attorney General of the State of Hawaii<br>CLYDE J. WADSWORTH (Bar No. 8495)<br>  Solicitor General of the State of Hawaii<br>DEIRDRE MARIE-IHA (Bar No. 7923)<br>KIMBERLY T. GUIDRY (Bar No. 7813)<br>ROBERT T. NAKATSUJI (Bar No. 6743)<br>KALIKOʻONALANI D. FERNANDES<br>  (Bar No. 9964)<br>KEVIN M. RICHARDSON (Bar No. 10224)<br>  Deputy Attorneys General<br>DEPARTMENT OF THE ATTORNEY<br>  GENERAL, STATE OF HAWAII<br><br>  *Attorneys for Plaintiff, State of Hawaii* | NEAL K. KATYAL*<br>COLLEEN ROH SINZDAK*<br>MITCHELL P. REICH*<br>ELIZABETH HAGERTY*<br>THOMAS P. SCHMIDT*<br>SARA SOLOW*<br>ALEXANDER B. BOWERMAN*<br>HOGAN LOVELLS US LLP<br><br>*Admitted Pro Hac Vice<br><br>  *Attorneys for Plaintiffs* |