UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 02 2018

MOLLY C DWYER, CLERK
U S COURT OF APPEALS

STATE OF HAWAII; et al.,

    Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in his official capacity as President of the United States; et al.,

    Defendants - Appellants.

No. 17-17168

D.C. No. 1:17-cv-00050-DKW-KSC
U.S. District Court for Hawaii, Honolulu

**MANDATE**

The judgment of this Court, entered August 10, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7